# *Exhibit A*

https://researchga.tylerhost.net/CourtRecordsSearch/ui/casePrintView/b851a8b5879748a1992497a38ef6271c

## Case Information

JORDAN VS EQUIFAX WORKFORCE SOLUTIONS LLC

26-C-09539-S7

Location

Gwinnett - State Court

Case Category

Civil

Case Type

Other General Civil*

Case Filed Date

8/26/2026

Judge

Jaletta Smith

Case Status

Pending

## Parties 2

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | JORDAN, OCTAVIOUS LEMONT | | SNEED, CANDACE L |
| Defendant | EQUIFAX WORKFORCE SOLUTIONS LLC | | Pro Se |

## Events 6

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 9/16/2026 | Filing | | Sheriffs Entry of Service | | Sheriffs Entry of Service.pdf |
| 8/26/2026 | Filing | | General Civil/Domestic Relations Case Filing Info | | Case Filing Information Form.pdf.pdf |
| 8/26/2026 | Filing | | Summons | EQUIFAX WORKFORCE SOLUTIONS | Summons.pdf.pdf |
| 8/26/2026 | Filing | | General Civil/Domestic Relations Case Filing Info | | Gwinnett Civil Domestic Filing Form.pdf.pdf |
| 8/26/2026 | Filing | | Complaint with Jury Demand | | Octavious Jordan v The Work Number Completed Draft.pdf.pdf |
| 8/26/2026 | Service | | Summons | - | - |



© 2026 Tyler Technologies, Inc. | All Rights Reserved | Version: 2026.8.1.2547

Civil Action No. 26-C-09539-S7

Date Filed 8/16/2026

**Magistrate Court** ☐
**Superior Court** ☐
**State Court** ☑
**Georgia, Gwinnett County**

Deshawn Jordan

**Plaintiff**

VS.

Equifax Workforce Solutions LLC
d/b/a The Work Number

**Defendant**

**Garnishee**

Attorney's Address

Candace Sneed
PO Box 3323
Alpharetta, GA 30005

Name and Address of party to be served.

Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ______ described as follows age, about ______ years; weight, about ______ pounds; height, about ______ feet and ______ inches; domiciled at the residence of defendant.

**Corporation** ☑ Served the defendant Equifax a corporation by leaving a copy of the within action and summons with [illegible] in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This 14 day of [illegible], 20[illegible].

[signature]

**Deputy**

Sheriff Docket ______ Page ______

**Gwinnett County, Georgia**

WHITE: Clerk CANARY: Plaintiff / Attorney PINK: Defendant

SC-2 Rev.3.13

E-FILED IN OFFICE - TB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-09539-S7
8/26/2026 6:30 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Octavious Jordan**

PLAINTIFF

CIVIL ACTION NUMBER: 26-C-09539-S7

VS.

**Equifax Workforce Solutions**
**d/b/a The Work Number**

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

**You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:**

Candace Sneed
P.O. Box 3323
Alpharetta, GA 30005

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This** [redacted] 27TH **day of** August, **20**26.

**Tiana P. Garner**
**Clerk of State Court**

**By** ____________________
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - TB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-09539-S7
8/26/2026 6:30 PM
TIANA P. GARNER, CLERK

**IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| OCTAVIOUS LEMONT JORDAN,<br>Plaintiff,<br>v.<br><br>EQUIFAX WORKFORCE SOLUTIONS LLC D/B/A THE WORK NUMBER,<br><br>Defendant. | Civil Action<br>File No.<br>26-C-09539-S7<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW,** Plaintiff Octavious Lemont Jordan ("Plaintiff") brings this action against Equifax Workforce Solutions LLC, doing business as The Work Number ("EWS" or "Defendant"), and alleges as follows:

## INTRODUCTION

1. This action arises under the Fair Credit Reporting Act (hereinafter "FCRA") 15 U.S.C. § 1681, *et seq*.

2. Defendant failed to provide Plaintiff with a clear and accurate file disclosure, as required by 15 U.S.C. § 1681g(a), by:

3. Responding to Plaintiff's request for his file with an Employment Data Report that failed to clearly and accurately disclose all reportable information in Plaintiff's file.

4. Failing to clearly identify the sources of the information in the file.

5. Failing to provide complete and accurate identification of each person that procured Plaintiff's consumer report for employment purposes during the two-year period preceding Plaintiff's request, and each person that procured Plaintiff's consumer report for any other purpose during the one-year period preceding Plaintiff's request, including the address and telephone number of each identified person after Plaintiff expressly requested that information.

6. To the extent EWS recorded, retained, furnished, or could furnish information corresponding to the identified blank or unpopulated fields, EWS failed to disclose all reportable information in Plaintiff's file.

7. Defendant's failure to comply with 15 U.S.C. § 1681g(a) deprives Plaintiff of the right to review, dispute, and correct potential inaccuracies in his file.

8. Plaintiff seeks statutory damages, punitive damages, attorney's fees, and costs pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o for Defendant's willful and negligent noncompliance with FCRA.

**JURISDICTION AND VENUE**

9. This Court is a court of competent jurisdiction for this action under 15 U.S.C. § 1681p, which permits an action to enforce FCRA liability in an appropriate United States district court or another court of competent jurisdiction.

10. Venue is proper in Gwinnett County because EWS maintains its registered agent and registered office in Gwinnett County, Georgia, and is subject to service of

process there.

## PARTIES

11. Plaintiff is a natural person, born in 1984, and a consumer under 15 U.S.C. § 1681a(c).

12. EWS provides The Work Number services, including Employment Data Reports, and furnishes employment and income data to credentialed verifiers.

13. EWS may be served through its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

## FACTS OF THE COMPLAINT

14. Defendant is a "consumer reporting agency" ("CRA") as defined under 15 U.S.C. § 1681a(f).

15. On or about October 22, 2025, Plaintiff sent EWS a written request under 15 U.S.C. § 1681g(a), with identifying information and a representation that appropriate identification and proof of mailing address were enclosed. A true and correct copy is attached as **Exhibit A**.

16. Plaintiff requested: all information in his consumer file; sources of the file information; identification of each person that procured his report, including each person's address and telephone number; check information supporting any adverse characterization, if applicable; and the applicable inquiry record.

17. On or about October 27, 2025, EWS responded to Plaintiff's § 1681g request with a document titled "Employment Data Report," case number 969143660669. A true and correct copy is attached as **Exhibit B.**

18. EWS represented that the Employment Data Report included employment and income data in Plaintiff's file and a list of verifiers that requested Plaintiff's data in the prior 24 months. The Employment Data Report was EWS's response to Plaintiff's § 1681g request for his file.

19. As used in this Complaint, "file" means the information EWS recorded and retained regarding Plaintiff. "Employment Data Report" means EWS's October 27, 2025 response to Plaintiff's request for his file. "Consumer report" means a report EWS furnished to a third party, including any report used in connection with TMC's employment decision.

20. The Employment Data Report identifies Carco Group Inc / TMC Transportation as having accessed Plaintiff's consumer report for employment purposes on August 28, 2025. It also identifies DriveTime Automotive Group Inc. twice on May 5, 2025 and 1st Franklin Financial Corporation Consumer Finance on February 29, 2024.

21. Plaintiff expressly requested the addresses and telephone numbers of each report recipient. EWS provided no mailing address or telephone number for Carco

Group Inc / TMC Transportation, DriveTime Automotive Group Inc., or 1st Franklin Financial Corporation Consumer Finance.

22. The report contains personal, employment, income, benefits-related, and verifier information. It does not clearly identify sources for all reported categories, including name variations, identifying information, addresses, telephone numbers, benefits-related information, and verifier information. A § 1681g disclosure must provide information recorded and retained by the CRA that might be reflected in a consumer report in a form understandable to the average consumer. See *Shaw v. Experian Information Solutions, Inc., 891 F.3d 749 (9th Cir.2018).*

23. The report further displays the employer-specific blank, null, zero-valued, or unpopulated fields identified in the Employer-Field Schedule below. EWS was required to disclose all information in Plaintiff's file and its sources. To the extent EWS recorded, retained, furnished, or could have furnished any information corresponding to a listed field, the failure to disclose it was incomplete and inaccurate under 15 U.S.C. § 1681g(a)(1) and (a)(2).

24. The Employer-Field Schedule is based on the face of EWS's report. It does not allege that every listed blank field contained a withheld value; rather, it identifies categories requiring EWS to account for the existence, source, reportability, and nondisclosure of any corresponding information in its possession or control.

25. On or before August 28, 2025, Plaintiff was in TMC Transportation's hiring process for a flatbed-driver position involving operation of a Moffett forklift. On August 28, 2025, Carco Group Inc./TMC Transportation procured or attempted to procure Plaintiff's consumer-report data for employment purposes. The position had anticipated annual compensation of approximately $90,000. On September 18, 2025, TMC informed Plaintiff that it had decided not to extend an offer of employment. TMC stated that its decision may have been based, in whole or in part, on information in consumer reports it obtained, and specifically identified The Work Number/EWS among the consumer reporting agencies. A true and correct copy of TMC's notice is attached as **Exhibit C.**

26. EWS's report identifies Carco Group Inc / TMC Transportation as an employment-purpose user of Plaintiff's report on August 28, 2025. EWS deprived Plaintiff of the requested contact information necessary to promptly identify and contact the employment-purpose recipient, investigate the information accessed or used, and determine whether the report or information in it affected TMC's employment decision. Plaintiff suffered informational harm, frustration, loss of a job opportunity with anticipated annual compensation of approximately $90,000, and certified-mail and related mailing costs.

27. Plaintiff discovered the omissions when he received and reviewed the October 27, 2025 report. EWS willfully, or alternatively negligently, failed to comply with the FCRA.

## EMPLOYER FIELD SCHEDULE

28. **Target Corporation.** The report shows no value or an unpopulated value for: employee address; total time with employer; division; work location; union affiliation; garnishments; other withholding; each pay-increase field; insurance carrier, policy, group, coverage, cost, dependent, COBRA, enrollment, and related fields; and workers' compensation fields. The report shows zero or no stated amounts for various compensation components. The report states "Not Applicable" for a medical-insurance ineligibility field.

29. **Randstad.** The report shows no value or an unpopulated value for: total time with employer; division; work location; union affiliation; yearly income components; pay-period income and withholding details identified as "null"; each pay-increase field; insurance carrier, policy, group, coverage, cost, dependent, COBRA, enrollment, and related fields; and workers' compensation fields. It displays a $0.00 hourly pay rate and "Not Applicable" for a medical-insurance ineligibility field.

30. **Ryder Systems, Inc.** The report shows no value or an unpopulated value for: date of birth; employee phone number; total time with employer; work location; union

affiliation; pension and other-income values; withholding fields; each pay-increase field; average hours per pay period; payroll deduction for insurance coverage; and workers' compensation fields.

31. **PVH Corp.** The report shows no value or an unpopulated value for: employee phone number; total time with employer; division; work location; pension, shift differential, severance, stock, sick, vacation, and tips entries; pension and other-income values; withholding fields; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields.

32. **JB Hunt Transport Inc.** The report shows no value or an unpopulated value for: employee phone number; division; work location; union affiliation; termination date and reason; pension and other-income values; withholding fields; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields. It displays a $0.00 hourly pay rate.

33. **Home Depot Inc.** The report shows no value or an unpopulated value for: total time with employer; work location; union affiliation; various yearly-income components; pension and other-income values; withholding fields; at least one pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields.

34. **Drivers Management LLC.** The report shows no value or an unpopulated value for: total time with employer; work location; union affiliation; rate of pay; average

hours per pay period; income and withholding fields identified as "null"; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields.

35. **Employbridge.** The report shows no value or an unpopulated value for: employee phone number; total time with employer; union affiliation; certain yearly-income categories and years; pension and other-income values; various withholding categories; each pay-increase field; and workers' compensation carrier, injury, award, claim-number, and claim-pending fields. It reports $0.00 in multiple income and withholding fields and a $0.00 payroll deduction for insurance coverage.

36. **McDonald's Corporation, Inc.** The report shows no value or an unpopulated value for: total time with employer; union affiliation; various yearly-income components; pension and other-income values; withholding fields; each pay-increase field; payroll deduction for insurance coverage; insurance carrier and related fields; and workers' compensation fields. It reports $0.00 in numerous yearly-income fields and affirmatively reports that some insurance is unavailable or the employment position is ineligible.

37. **Adecco USA.** The report shows no value or an unpopulated value for: date of birth; employee phone number; total time with employer; work location; union affiliation; various yearly-income components; pension and other-income values;

withholding fields; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields.

38. **Darden Restaurants, Inc.** The report shows no value or an unpopulated value for: employee phone number; total time with employer; union affiliation; various yearly-income components; pension and other-income values; withholding fields; each pay-increase field; payroll deduction for insurance coverage; insurance carrier and related fields; and workers' compensation fields. It affirmatively reports some insurance as unavailable and reports numerous blank or zero-valued insurance details.

39. **SFN Group, Inc. / Spherion Staffing LLC.** The report shows no value or an unpopulated value for: date of birth; employee phone number; total time with employer; division; work location; union affiliation; rate of pay; average hours per pay period; original hire date; most recent start date; income and withholding details identified as "null"; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields.

40. **Costco Wholesale Corporation.** The report shows no value or an unpopulated value for: total time with employer; division; work location; union affiliation; insurance carrier, policy, group, coverage, cost, dependent, COBRA, enrollment, and related fields; and workers' compensation fields. The report contains a "Not Applicable" ineligibility notation for medical insurance.

41. **ALLY WASTE SERVICES LLC.** The report shows no value or an unpopulated value for: employee phone number; division; union affiliation; termination date and reason; various yearly-income components; pension and other-income values; withholding fields; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields. It displays a $0.00 hourly pay rate and 0.00 average hours per pay period.

42. **CAL-CLEVE LIMITED.** The report shows no value or an unpopulated value for: employee phone number; total time with employer; division; work location; union affiliation; rate of pay; pension and other-income values; withholding fields; each pay-increase field; payroll deduction for insurance coverage; and workers' compensation fields. It displays 0.00 average hours per pay period and blank or zero-valued yearly-income components.

43. Paragraphs 28 through 42 set forth Plaintiff's employer-by-employer allegations concerning blank, unpopulated, null, zero-valued, or otherwise absent fields. These allegations are based on the face of Exhibit B.

44. Without a complete, clear, and accurate response concerning the information in Plaintiff's file and its sources, Plaintiff could not reasonably determine whether the reported information was accurate, complete, or appropriate for dispute.

45. Under 15 U.S.C. § 1681g(a)(1), Defendant was required to clearly and accurately disclose all reportable information in Plaintiff's file at the time of Plaintiff's

request. Plaintiff's file includes information Defendant recorded and retained regarding Plaintiff that has been furnished, or might be furnished, in a consumer report.

46. These omissions deprived Plaintiff of the ability to verify or properly dispute the accuracy of reported information.

47. The failure of an entity to provide accurate and truthful information as required by law creates an injury-in-fact, thus creating standing pursuant to Article III. *See, e.g., Haven Realty Corp. v. Coleman* 455 U.S. 363 (1982), holding "alleged injury to a (plaintiff's) statutorily created right to truthful housing information" was a cognizable injury within itself, regardless of whether the plaintiff actually hoped to reside in the defendant's housing complex; therefore "the Art. III requirement of injury in fact [was] satisfied". Plaintiff also suffered informational harm, frustration, certified-mail and related mailing costs, and the loss of a TMC employment opportunity, as alleged above.

48. The lack of a complete, clear, and accurate response concerning Plaintiff's file caused Plaintiff informational harm, frustration, and difficulty investigating the information used in connection with TMC's employment decision.

## COUNT I – VIOLATION OF 15 U.S.C. § 1681g(a)(1)

### Failure to Clearly and Accurately Disclose All Reportable File Information

49. Plaintiff re-alleges and reincorporates Paragraphs 1 through 48.

50. Under 15 U.S.C. § 1681g(a)(1), EWS was required to clearly and accurately disclose all information in Plaintiff's file at the time of his request.

51. Under *Shaw*, the relevant file information consists of information EWS recorded and retained that might be reflected in a consumer report, and the disclosure must be understandable to an average consumer.

52. The Employment Data Report identifies the employer-specific fields in Paragraphs 28 through 42 as blank, unpopulated, null, zero-valued, or otherwise absent.

53. To the extent EWS had recorded, retained, furnished, or could furnish information corresponding to any of those fields, EWS failed to disclose all reportable information in Plaintiff's file.

54. EWS's Employment Data Report does not identify which listed fields contained no EWS-maintained information, which reflected a genuine zero value, which information was unavailable from an employer, which was not reportable, which was withheld by law, or which otherwise existed but was excluded from Plaintiff's file.

55. EWS willfully, or alternatively negligently, violated § 1681g(a)(1).

## COUNT II – VIOLATION OF 15 U.S.C. § 1681g(a)(2)

**Failure to Clearly and Accurately Disclose Sources**

56. Plaintiff re-alleges and reincorporates Paragraphs 1 through 55.

57. Under 15 U.S.C. § 1681g(a)(2), EWS was required to disclose the sources of information in Plaintiff's file, subject only to the narrow statutory exception for certain investigative-consumer-report sources.

58. Plaintiff requested the sources of the information in his consumer file.

59. EWS reported information about Plaintiff but did not clearly identify the source or sources for all reported categories, including identifying information, name variations, contact information, verifier information, and employment-, income-, and benefits-related information.

60. The Employment Data Report did not provide an average consumer with an understandable means to identify the origin of the information in Plaintiff's file, compare that information with personal records, investigate it, or determine what to dispute. See *Shaw v. Experian Information Solutions, Inc., 891 F.3d 749 (9th Cir.2018).*

61. EWS willfully, or alternatively negligently, violated § 1681g(a)(2).

## COUNT III – VIOLATION OF 15 U.S.C. § 1681g(a)(3)(B)

### Failure to Provide Requested Recipient Address and Telephone Numbers

62. Plaintiff re-alleges and reincorporates Paragraphs 1 through 61.

63. Under 15 U.S.C. § 1681g(a)(3)(A), EWS was required to identify each person that procured Plaintiff's consumer report for employment purposes during the two-year period preceding Plaintiff's request and each person that procured Plaintiff's consumer report for any other purpose during the one-year period preceding Plaintiff's request. Under § 1681g(a)(3)(B), because Plaintiff expressly requested it, EWS was required to provide the address and telephone number of each identified person.

64. Plaintiff requested those addresses and telephone numbers.

65. EWS identified Carco Group Inc / TMC Transportation as accessing Plaintiff's report for employment purposes within two years of Plaintiff's request, but omitted Carco/TMC's address and telephone number.

66. EWS willfully, or alternatively negligently, violated § 1681g(a)(3)(B).

## DAMAGES

67. As a direct and proximate result of EWS's conduct, Plaintiff suffered the concrete injuries and damages described in Paragraph 26.

68. EWS's violations entitle Plaintiff to actual damages, statutory damages for willful noncompliance, punitive damages where appropriate, costs, and reasonable attorney's fees under 15 U.S.C. §§ 1681n and 1681o.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a) Judgment for the violations of the FCRA;

b) Statutory damages for willful noncompliance pursuant to 15 U.S.C § 1681n(a)(1)(A);

c) Punitive damages pursuant to 15 U.S.C § 1681n(a)(2) for willful violations;

d) Actual damages in an amount to be proven at trial;

e) For reasonable attorney's fees and costs pursuant to 15 U.S.C § 1681n(a)(3) and/or 15 U.S.C § 1681o(a)(2); and

f) For such other and proper relief as the court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted this 26th day of August, two thousand twenty-six.

/s/ Candace L. Sneed

Candace L. Sneed
Georgia Bar Number 797458

THE SNEED FIRM, LLC
P.O. Box 3323
Alpharetta, GA 30005
404-220-9090
candace@thesneedfirm.com

## ATTACHED EXHIBIT LIST

A) Plaintiff's file request pursuant to 15 U.S.C. § 1681g;

B) EWS/The Work Number Employment Data Report dated October 27, 2025; and

C) TMC's Adverse Action Notice.

# EXHIBIT A

# PLAINTIFF'S FILE REQUEST

10/22/2025
Octavious Lemont Jordan
1435 Lafayette Square
McDonough, georgia near [30252]

**CERTIFIED MAILING**
9589 0710 5270 1126 4649 10

Equifax Workforce Solutions
Attn: Dispute
3470 Rider Trail South
Earth City, MO 63045

Dear Officers,

My full legal name is OCTAVIOUS LEMONT JORDAN. The Social Security Number i[redacted] 0795. My date of birth is [redacted]/1984. I am an individual and "consumer" as defined under 15 U.S.C. § 1681a(c).

Pursuant to 15 U.S.C. § 1681g(a), I request to be provided the following information:

1) All information in my consumer file;
2) The sources of the information in my consumer file;
3) Identification of each person that procured my consumer report, including, the name of the person or, if applicable, the trade name (written in full) under which such person conducts business, and the address and telephone number of the person;
4) The dates, original payees, and amount any checks upon which is based any adverse characterization of me, if applicable; and
5) A record of all inquiries received by you during the last 1-year period preceding my request.

Note, I request a copy of my consumer file, and not a credit score and not a consumer disclosure. **DO NOT** truncate the social security number, any similar identification number, account number, or any numbers associated with the file. This file request does not constitute any transaction of business that requires the truncation of any credit or debit card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction pursuant to 15 U.S.C. § 1681c(g)(1). Mail a copy of the above requested information to my address above written on the letterhead. This is my first request under § 1681g in a 12 month period, so there should be no charge to me. I have enclosed proper identification as proof of my identity and mailing address.

Sincerely,

s/ Octavious Jordan

# EXHIBIT B

# PLAINTIFF'S EWS/ THE WORK NUMBER EMPLOYMENT DATA REPORT

THE WORK® NUMBER

Octavious Lemont Jordan
1435 Lafayette Square
McDonough, GA 30252

EQUIFAX

The Work Number®
Employment Data Report

10/27/2025

Octavious Lemont Jordan
1435 Lafayette Square

McDonough, GA 30252

Unofficial Report - Employee Personal Use Only.

Dear Octavious Lemont,

Your Employment Data Report includes all employment and income data in your file and a list of all verifiers who have requested your data in the past 24 months. An important document titled "A Summary of Your Rights Under the Fair Credit Reporting Act" is included below. Great care has been taken to report this information correctly. If you would like to dispute your data, please visit https://theworknumber.com/solutions/consumers/employee-data-dispute.

The information provided in this document is an unofficial report, intended for personal use by the employee-recipient only. Using this document for consumer verification purposes is not an authorized use of this document and does not meet industry verification standards. If someone is asking you to provide verification of employment or income, please direct them to www.theworknumber.com. If you need further assistance or wish to dispute any information in your Employment Data Report, please contact our Client Service Center at 866-222-5880 Monday through Friday 8am-7pm CT or go to https://theworknumber.com/solutions/consumers/employee-data-dispute. Please reference case number 969143660669. If you wish, you may also contact your employer(s) at the address indicated in each employment record. Certain fields within The Work Number verifications may be unavailable if the employer did not report the information; if the information provided by the employer was determined to be inaccurate, incomplete or unverifiable; or if applicable laws or regulations prevent the disclosure of the information.

Sincerely,
The Work Number Service Team

Attachment
MM, MS

## Verifiers who have procured or attempted to procure your data in the past 24 months

**Date of Request:** 08/28/2025

**Organization Name** Carco Group Inc / TMC Transportation

Report accessed for employment purposes.

**Date of Request:** 05/05/2025

**Organization Name** DriveTime Automotive Group Inc.

**Date of Request:** 05/05/2025

**Organization Name** DriveTime Automotive Group Inc.

**Date of Request:** 02/29/2024

**Organization Name** 1st Franklin Financial Corporation Consumer Finance

Unofficial Report Employee Personal Use Only

---

## List of Employers

Additional information for each employer is included below.

### Target Corporation — Section 1

**Employment Status:** No Longer Employed

**Original Hire Date:** 07/05/2005

**Date of Termination:** 07/07/2005

### Randstad — Section 2

**Employment Status:** Inactive

**Original Hire Date:** 12/08/2004

**Date of Termination:** 03/02/2005

## Ryder Systems, Inc.

Section 3

**Employment Status:** No Longer Employed

**Date of Termination:** 09/18/2013

## PVH Corp

Section 4

**Employment Status:** No Longer Employed

**Original Hire Date:** 06/03/2014

**Date of Termination:** 02/16/2015

## JB HUNT TRANSPORT INC

Section 5

**Employment Status:** Active

**Original Hire Date:** 01/10/2023

## Home Depot Inc.

Section 6

**Employment Status:** No Longer Employed

**Original Hire Date:** 09/18/2013

**Date of Termination:** 06/05/2014

## Drivers Management LLC

Section 7

**Employment Status:** No Longer Employed

**Original Hire Date:** 06/17/2015

**Date of Termination:** 06/18/2015

## Employbridge

Section 8

**Employment Status:** No Longer Employed

**Original Hire Date:** 10/10/2012

**Date of Termination:** 04/28/2016

## McDonald`s Corporation, INC.

Section 9

Unofficial Report Employee Personal Use Only

**Employment Status:** Inactive

**Original Hire Date:** 09/09/2003

**Date of Termination:** 11/14/2008

## Adecco USA

Section 10

**Employment Status:** No Longer Employed

**Date of Termination:** 07/08/2010

## Darden Restaurants, Inc.

Section 11

**Employment Status:** No Longer Employed

**Original Hire Date:** 05/03/2005

**Date of Termination:** 09/06/2005

## SFN Group, Inc. - Spherion Staffing LLC

Section 12

**Employment Status:** Inactive

**Date of Termination:** 07/07/2010

## Costco Wholesale Corporation

Section 13

**Employment Status:** Inactive

**Original Hire Date:** 08/30/2005

**Date of Termination:** 03/27/2006

Official Report Employee Personal Use Only.

## ALLY WASTE SERVICES LLC

Section 14

**Employment Status:** Active

**Original Hire Date:** 03/28/2025

## CAL-CLEVE LIMITED

Section 15

**Employment Status:** Inactive

**Original Hire Date:** 10/30/2020

**Date of Termination:** 11/12/2020

**Section 1**

## Employer Information for Target Corporation

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIAUS L JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | |
| Employee Phone Number | (678) 432-0162 |

Unofficial Report Employee Personal Use Only

### Employer Information

| | |
|---|---|
| Employer Name | Target Corporation |
| Employment Status | No Longer Employed |
| Information Current as of | 09/02/2005 |
| Employer Code | 12250 |
| Employer Address | 1000 Nicollet Ave , Minneapolis , MN , 55403 |
| Job Title | LOGISTICS TM_FLOW E/ |
| Total Time with Employer | |
| FEIN | 410215170 |
| Division | |
| Work Location (Job Site) | |

| | |
|---|---|
| **Union Affiliation** | |
| **Rate of Pay** | $8.25 Hourly |
| **Average Hours per Pay Period** | |
| **Original Hire Date** | 07/05/2005 |
| **Most Recent Start Date** | 07/05/2005 |
| **Date of Termination** | 07/07/2005 |
| **Reason for Termination** | |

## Yearly Income Summary

Unofficial Report Employee Personal Use Only.

| | 2005 |
|---|---|
| **Base Pay** | $82.62 |
| **Overtime** | $0.00 |
| **Commission** | $0.00 |
| **Bonuses** | $0.00 |
| **Other** | $0.00 |
| **Holiday** | |
| **Pension** | |
| **Shift Differential** | |
| **Severance** | |
| **Stock(Vested)** | |

| | |
|---|---|
| Sick | |
| Vacation | |
| Tips | |
| Total Pay | $82.62 |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 07/16/2005 | 07/22/2005 | 15.18 | $82.62 | |

Unofficial Report Employee Personal Use Only

## Pay Period Income Detail - 07/16/2005

| | |
|---|---|
| Total Gross Earnings | $82.62 |
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - 07/16/2005

| | |
|---|---|
| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |

| | |
|---|---|
| Garnishments | |
| Other Withholding | |

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | |
| Pay Cycle | Bi-weekly |
| Payroll Deduction for All Insurance Coverage | |

Unofficial Report Employee Personal Use Only.

## Medical Insurance

| | |
|---|---|
| Insurance Available | |
| Employee Eligible | |
| Reason for Ineligibility | Not Applicable |
| Employee Enrolled | |
| Coverage Start Date | |
| Coverage Termination Date | |
| Carrier Name | |
| Carrier Address | |

| | |
|---|---|
| Carrier Phone Number | |
| Carrier Policy Number | |
| Group Number | |
| Coverage Level | |
| Annual Cost | $ |
| Dependent Coverage Available | |
| Per Pay Period Cost to Add Dependent | |
| Number of Dependents Covered | |
| Participating in COBRA | |
| Next Open Enrollment Date | |
| Dependents | |

Unofficial Report Employee Personal Use Only.

## Dental Insurance

| | |
|---|---|
| Insurance Available | |
| Employee Eligible | |
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

## Vision Insurance

| | |
|---|---|
| Insurance Available | |
| Employee Eligible | |

| | |
|---|---|
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

### Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

Unofficial Report Employee Personal Use Only

**Section 2**

## Employer Information for Randstad

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]795 |
| Employee Address | 1435 LAYFAYETTE SQUARE , MCDONOUGH , GA , 30252 |
| Employee Phone Number | (678) 432-0169 |

## Employer Information

| | |
|---|---|
| Employer Name | Randstad |
| Employment Status | Inactive |
| Information Current as of | 02/11/2007 |
| Employer Code | 10283 |
| Employer Address | One Overton Park , 3625 Cumberland Blvd Suite 500 , Atlanta , GA , 30339 |
| Job Title | OFFICE 1 |
| Total Time with Employer | |
| FEIN | 582414177 |
| Division | |
| Work Location (Job Site) | |
| Union Affiliation | |
| Rate of Pay | $0.00 Hourly |
| Average Hours per Pay Period | |
| Original Hire Date | 12/08/2004 |
| Most Recent Start Date | 12/08/2004 |
| Date of Termination | 03/02/2005 |
| Reason for Termination | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2007 |
|---|---|
| Base Pay | |
| Overtime | |
| Commission | |
| Bonuses | |
| Other | |
| Holiday | |
| Pension | |
| Shift Differential | |
| Severance | |
| Stock(Vested) | |
| Sick | |
| Vacation | |
| Tips | |
| Total Pay | |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - null

| | |
|---|---|
| Total Gross Earnings | |
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - null

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | |
| Pay Cycle | |
| Payroll Deduction for All Insurance Coverage | |

Unofficial Report Employee Personal Use Only.

## Medical Insurance

| | |
|---|---|
| Insurance Available | Yes |
| Employee Eligible | Yes |
| Reason for Ineligibility | Not Applicable |
| Employee Enrolled | |
| Coverage Start Date | |
| Coverage Termination Date | |
| Carrier Name | |
| Carrier Address | |
| Carrier Phone Number | |

| | |
|---|---|
| **Carrier Policy Number** | |
| **Group Number** | |
| **Coverage Level** | |
| **Annual Cost** | $ |
| **Dependent Coverage Available** | |
| **Per Pay Period Cost to Add Dependent** | |
| **Number of Dependents Covered** | |
| **Participating in COBRA** | |
| **Next Open Enrollment Date** | |
| **Dependents** | |

Unofficial Report Employee Personal Use Only.

## Dental Insurance

| | |
|---|---|
| **Insurance Available** | Yes |
| **Employee Eligible** | |
| **Employee Enrolled** | |
| **Carrier Name** | |
| **Carrier Phone Number** | |
| **Carrier Policy Number** | |

## Vision Insurance

| | |
|---|---|
| **Insurance Available** | Yes |
| **Employee Eligible** | |
| **Employee Enrolled** | |

| | |
|---|---|
| **Carrier Name** | |
| **Carrier Phone Number** | |
| **Carrier Policy Number** | |

**Workers' Compensation**

| | |
|---|---|
| **Receiving Workers' Compensation** | |
| **Carrier** | |
| **Date of Injury** | |
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | |

Unofficial Report Employee Personal Use Only.

## Employer Level Disclaimer

**SSV:**

Historical information may be available under employer codes 70167 and 13515 due to acquisitions and payroll system consolidation.?

Please note the employment status of "Active" indicates the individual is 'available' for assignment and not necessarily 'on assignment' earning wages.

Total time with employer is calculated from the employee's most recent hire date and may not include prior service.? Our normal work week is Monday - Sunday and all wages by week will be reported in this manner.

**VOE:**

Historical information may be available under employer codes 70167 and 13515 due to acquisitions and payroll system consolidation.?

Please note the employment status of "Active" indicates the individual is 'available' for assignment and not necessarily 'on assignment' earning wages.

Total time with employer is calculated from the employee's most recent hire date and may not include prior service.? Our normal work week is Monday - Sunday and all wages by week will be reported in this manner.

**VOI:**

Historical information may be available under employer codes 70167 and 13515 due to acquisitions and payroll system consolidation.?

Please note the employment status of "Active" indicates the individual is 'available' for assignment and not necessarily 'on assignment' earning wages.

Total time with employer is calculated from the employee's most recent hire date and may not include prior service.? Our normal work week is Monday - Sunday and all wages by week will be reported in this manner.

**Section 3**

## Employer Information for Ryder Systems, Inc.

Unofficial Report Employee Personal Use Only

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | |
| SSN | [redacted]795 |
| Employee Address | 201 KNIGHTCHASE DR , STOCKBRIDGE , GA , 30281 |
| Employee Phone Number | |

### Employer Information

| | |
|---|---|
| Employer Name | Ryder Systems, Inc. |
| Employment Status | No Longer Employed |
| Information Current as of | 09/27/2013 |
| Employer Code | 10919 |
| Employer Address | 2333 Ponce de Leon Blvd , Suite 700 , Coral Gables , FL , 33134 |
| Job Title | 5001-WAREHOUSEMAN |
| Total Time with Employer | |
| FEIN | 590747035 |

| | |
|---|---|
| **Division** | 4763 |
| **Work Location (Job Site)** | |
| **Union Affiliation** | |
| **Rate of Pay** | $10.50 Hourly |
| **Average Hours per Pay Period** | |
| **Original Hire Date** | |
| **Most Recent Start Date** | 07/14/2013 |
| **Date of Termination** | 09/18/2013 |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2013 |
|---|---|
| **Base Pay** | $3620.72 |
| **Overtime** | $458.75 |
| **Commission** | |
| **Bonuses** | |
| **Other** | |
| **Holiday** | |
| **Pension** | |
| **Shift Differential** | |
| | |

| | |
|---|---|
| Severance | |
| Stock(Vested) | |
| Sick | |
| Vacation | |
| Tips | |
| Total Pay | $4079.47 |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 09/21/2013 | 09/27/2013 | | $194.47 | |
| | 09/14/2013 | 09/20/2013 | | $419.25 | |
| | 09/07/2013 | 09/13/2013 | | $424.84 | |
| | 08/31/2013 | 09/06/2013 | | $645.75 | |
| | 08/24/2013 | 08/30/2013 | | $667.36 | |
| | 08/17/2013 | 08/23/2013 | | $446.13 | |
| | 08/10/2013 | 08/16/2013 | | $422.26 | |
| | 08/03/2013 | 08/09/2013 | | $423.77 | |
| | 07/27/2013 | 08/02/2013 | | $435.64 | |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - 09/21/2013

| | |
|---|---|
| **Total Gross Earnings** | $194.47 |

| | |
|---|---|
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - 09/21/2013

| | |
|---|---|
| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | |
| Pay Cycle | |

| |
|---|
| **Payroll Deduction for All Insurance Coverage** |

### Workers' Compensation

| |
|---|
| **Receiving Workers' Compensation** |
| **Carrier** |
| **Date of Injury** |
| **Date of Award** |
| **Claim Number** |
| **Claim Pending** |

Unofficial Report Employee Personal Use Only

## Employer Level Disclaimer

**SSV:**

Some Ryder Drivers are paid for performance using a variety of unit-based pay; this pay is located under the section labeled YTD Other Pay.

The "AS OF" Date represents the last pay date for the employee. Employment information such as Job Title, Employment status and Term Date are updated 4 days after payroll when the data is submitted to The Work Number. No additional information will be provided from this employer.??

For technicians - Hourly base rate may not reflect premium, shift differentials, incentives, etc.?

If you are unable to obtain the verification or need additional information, please contact Ryder Employee Services 855-474-3571 (Mon-Fri 8AM - 8PM EST).

MXD Group employees merged into Ryder System on January 1, 2019.

Verifiers may find wages, after January 1, 2019 for transferred MXD employees under employer code 15937 MXD Group

**VOI:**

Some Ryder Drivers are paid for performance using a variety of unit-based pay; this pay is located under the section labeled YTD Other Pay.

The "AS OF" Date represents the last pay date for the employee. Employment information such as Job Title, Employment status, and Term date are updated 4 days after payrol when the data is submitted to The Work Number. No additional information will be provided by this employer.

For technicians - Hourly base rate may not reflect premium, shift differentials, incentives, etc.

If you are unable to obtain the verification or need additional information, please contact Ryder Employee Services 855-474-3571 (Mon-Fri 8AM - 8PM EST).

SPECIAL INFORMATION ABOUT THIS EMPLOYER

If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 590739250, which this employer has identified as the corporate level FEIN associated with their account. The Work Number is in the process of adding individual record level information to the FEIN field in the verification. If there is a number displayed in FEIN field from the above verification and it differs from the one appearing in this disclaimer message, please use the number from the FEIN field in the verification, as it is employee-specific.

MXD Group employees merged into Ryder System on January 1, 2019.

Verifiers may find wages, after January 1, 2019 for transferred MXD employees under employer code 15937 MXD Group

**VOE:**

If you are unable to obtain the verification or need additional information, please contact Ryder Employee Services 855-474-3571 (Mon-Fri 8AM - 8PM EST).

The "AS OF" Date represents the last pay date for the employee. Employment information such as Job Title, Employment status, and Term date are updated 4 days after payroll when the data is submitted to The Work Number. No additional information will be provided by this employer.
SPECIAL INFORMATION ABOUT THIS EMPLOYER

If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 590739250, which this employer has identified as the corporate level FEIN associated with their account. The Work Number is in the process of adding individual record level information to the FEIN field in the verification. If there is a number displayed in FEIN field from the above verification and it differs from the one appearing in this disclaimer message, please use the number from the FEIN field in the verification, as it is employee-specific.

MXD Group employees merged into Ryder System on January 1, 2019.

Verifiers may find wages, after January 1, 2019 for transferred MXD employees under employer code 15937 MXD Group

**Section 4**

Unofficial Report-Employee Personal Use Only.

## Employer Information for PVH Corp

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 201 KNIGHTCHASE DR , APT 201 , STOCKBRIDGE , GA , 30281 |
| Employee Phone Number | |

### Employer Information

| | |
|---|---|
| Employer Name | PVH Corp |
| Employment Status | No Longer Employed |
| Information Current as of | 02/13/2015 |

| | |
|---|---|
| **Employer Code** | 11903 |
| **Employer Address** | 1001 Frontier Road , Bridgewater , NJ , 08807 |
| **Job Title** | EQUIPMENT OPERATOR |
| **Total Time with Employer** | |
| **FEIN** | 131166910 |
| **Division** | |
| **Work Location (Job Site)** | |
| **Union Affiliation** | UNITE365 |
| **Rate of Pay** | $14.10 Hourly |
| **Average Hours per Pay Period** | 35.00 |
| **Original Hire Date** | 06/03/2014 |
| **Most Recent Start Date** | 06/03/2014 |
| **Date of Termination** | 02/16/2015 |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only

## Yearly Income Summary

| | 2015 | 2014 |
|---|---|---|
| **Base Pay** | $3637.80 | $13682.42 |
| **Overtime** | $340.54 | $1792.52 |
| **Commission** | $0.00 | $0.00 |
| **Bonuses** | $0.00 | $0.00 |

| | | |
|---|---|---|
| Other | $0.00 | $108.80 |
| Holiday | | |
| Pension | | |
| Shift Differential | | |
| Severance | | |
| Stock(Vested) | | |
| Sick | | |
| Vacation | | |
| Tips | | |
| Total Pay | $3978.34 | $15583.74 |

Unofficial Report Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 02/08/2015 | 02/13/2015 | 34.60 | $487.86 | $328.71 |
| | 02/01/2015 | 02/06/2015 | 48.00 | $733.22 | $626.31 |
| | 01/25/2015 | 01/30/2015 | 48.20 | $736.73 | $629.55 |
| | 01/18/2015 | 01/23/2015 | 39.90 | $562.59 | $468.73 |
| | 01/11/2015 | 01/16/2015 | 24.00 | $338.40 | $261.69 |
| | 01/04/2015 | 01/09/2015 | 39.50 | $556.95 | $463.53 |
| | 12/28/2014 | 01/02/2015 | 39.90 | $562.59 | $468.73 |

| | | | | | |
|---|---|---|---|---|---|
| | 12/21/2014 | 12/26/2014 | 24.00 | $463.40 | $252.30 |
| | 12/14/2014 | 12/19/2014 | 26.50 | $373.65 | $294.43 |
| | 12/07/2014 | 12/12/2014 | 24.50 | $345.45 | $268.37 |
| | 11/30/2014 | 12/05/2014 | 40.00 | $544.00 | $451.74 |
| | 11/23/2014 | 11/28/2014 | 35.90 | $488.24 | $400.25 |
| | 11/16/2014 | 11/21/2014 | 39.90 | $542.64 | $450.48 |
| | 11/09/2014 | 11/14/2014 | 24.00 | $326.40 | $250.79 |
| | 11/02/2014 | 11/07/2014 | 43.80 | $703.12 | $607.13 |
| | 10/26/2014 | 10/31/2014 | 46.00 | $680.00 | $585.79 |
| | 10/19/2014 | 10/24/2014 | 48.00 | $707.20 | $610.90 |
| | 10/12/2014 | 10/17/2014 | 32.00 | $435.20 | $359.71 |
| | 10/05/2014 | 10/10/2014 | 40.00 | $544.00 | $460.20 |
| | 09/28/2014 | 10/03/2014 | 43.90 | $651.44 | $559.40 |
| | 09/21/2014 | 09/26/2014 | 40.00 | $598.40 | $510.43 |
| | 09/14/2014 | 09/19/2014 | 39.90 | $542.64 | $458.93 |
| | 09/07/2014 | 09/12/2014 | 48.00 | $707.20 | $653.11 |
| | 08/31/2014 | 09/05/2014 | 31.90 | $421.08 | $388.86 |
| | 08/24/2014 | 08/29/2014 | 40.00 | $528.00 | $487.61 |
| | 08/17/2014 | 08/22/2014 | 48.40 | $691.68 | $638.77 |
| | 08/10/2014 | 08/15/2014 | 31.90 | $421.08 | $388.86 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| | 08/03/2014 | 08/08/2014 | 51.70 | $813.12 | $750.92 |
| | 07/27/2014 | 08/01/2014 | 48.00 | $686.40 | $633.89 |
| | 07/20/2014 | 07/25/2014 | 48.00 | $686.40 | $530.60 |
| | 07/13/2014 | 07/18/2014 | 40.00 | $528.00 | $417.56 |
| | 07/06/2014 | 07/11/2014 | 32.00 | $422.40 | $342.23 |
| | 06/29/2014 | 07/03/2014 | 32.00 | $422.40 | $342.22 |
| | 06/22/2014 | 06/27/2014 | 40.00 | $528.00 | $417.57 |
| | 06/15/2014 | 06/20/2014 | 40.00 | $504.00 | $400.45 |
| | 06/08/2014 | 06/13/2014 | 32.00 | $403.20 | $328.52 |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - 02/08/2015

| | |
|---|---|
| **Total Gross Earnings** | $487.86 |
| **Pension** | |
| **Other Income** | |

## Pay Period Withholding Detail - 02/08/2015

| | |
|---|---|
| **Federal Tax** | |
| **State Tax** | |
| **Local Tax** | |
| **Social Security** | |
| **Medicare** | |
| **Retirement/401k** | |

| | |
|---|---|
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

### Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

### Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 35.00 |
| Pay Cycle | Weekly |
| Payroll Deduction for All Insurance Coverage | |

Unofficial Report Employee Personal Use Only.

### Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

## Employer Level Disclaimer

**VOE:** Garnishment requests should be sent to Phillips-Van Heusen 1001 Frontier Road Bridgewater, NJ 08807 ATTN:Payroll Dept. This is a general employer message and is provided on every verification for your information and convenience.

**VOI:** Garnishment requests should be sent to Phillips-Van Heusen 1001 Frontier Road Bridgewater, NJ 08807 ATTN:Payroll Dept. This is a general employer message and is provided on every verification for your information and convenience.

**Section 5**

## Employer Information for JB HUNT TRANSPORT INC

**Source:** ADP, Inc, JB HUNT TRANSPORT INC

### Employee Information

| | |
|---|---|
| Employee Name | Octavious L Jordan |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 2470 cheshire bridge rd , Atlanta , GA , 30324 |
| Employee Phone Number | |

Unofficial Report Employee Personal Use Only

### Employer Information

| | |
|---|---|
| Employer Name | JB HUNT TRANSPORT INC |
| Employment Status | Active |
| Information Current as of | 10/30/2025 |
| Employer Code | 28475 |
| Employer Address | 615 J.B. Hunt Corporate Drive , LOWELL , AR , 72745 |
| Job Title | DCS Dedicated Class A Driver Regional |
| Total Time with Employer | |

| | |
|---|---|
| **FEIN** | 581081267 |
| **Division** | |
| **Work Location (Job Site)** | |
| **Union Affiliation** | |
| **Rate of Pay** | $0.00 Hourly |
| **Average Hours per Pay Period** | 32.00 |
| **Original Hire Date** | 01/10/2023 |
| **Most Recent Start Date** | 01/10/2023 |
| **Date of Termination** | |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2025 | 2024 | 2023 |
|---|---|---|---|
| **Base Pay** | $63845.19 | $71214.68 | $75787.83 |
| **Overtime** | $0.00 | $0.00 | $0.00 |
| **Commission** | $0.00 | $0.00 | $0.00 |
| **Bonuses** | $0.00 | $100.00 | $50.00 |
| **Other** | $99.04 | $0.00 | $0.00 |
| **Holiday** | | | |
| **Pension** | | | |
| **Shift Differential** | | | |

| | | | |
|---|---|---|---|
| Severance | | | |
| Stock(Vested) | | | |
| Sick | | | |
| Vacation | | | |
| Tips | | | |
| Total Pay | $63944.23 | $71314.68 | $76069.83 |

## Historical Pay Period Summary

Unofficial Report Employee Personal Use Only.

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 10/20/2025 | 10/26/2025 | 10/30/2025 | 27.10 | $1523.82 | $1128.52 |
| 10/13/2025 | 10/19/2025 | 10/23/2025 | 18.97 | $1130.42 | $743.01 |
| 10/06/2025 | 10/12/2025 | 10/16/2025 | 33.43 | $1410.10 | $1001.29 |
| 09/29/2025 | 10/05/2025 | 10/09/2025 | 34.88 | $1405.42 | $997.90 |
| 09/22/2025 | 09/28/2025 | 10/02/2025 | 25.22 | $1405.42 | $997.88 |
| 09/15/2025 | 09/21/2025 | 09/25/2025 | 31.97 | $1405.42 | $997.89 |
| 09/08/2025 | 09/14/2025 | 09/18/2025 | 35.12 | $1519.90 | $1103.62 |
| 09/01/2025 | 09/07/2025 | 09/11/2025 | 40.20 | $1550.10 | $1147.81 |
| 08/25/2025 | 08/31/2025 | 09/04/2025 | 40.50 | $1405.42 | $997.52 |
| 08/18/2025 | 08/24/2025 | 08/28/2025 | 34.52 | $1422.32 | $1013.13 |
| 08/11/2025 | 08/17/2025 | 08/21/2025 | 36.82 | $1408.76 | $1017.29 |

| | | | | | |
|---|---|---|---|---|---|
| 08/04/2025 | 08/10/2025 | 08/14/2025 | 30.93 | $1405.42 | $997.52 |
| 07/28/2025 | 08/03/2025 | 08/07/2025 | 18.73 | $1005.42 | $627.98 |
| 07/21/2025 | 07/27/2025 | 07/31/2025 | 30.37 | $1462.24 | $1049.86 |
| 07/14/2025 | 07/20/2025 | 07/24/2025 | 33.83 | $1450.86 | $1055.63 |
| 07/07/2025 | 07/13/2025 | 07/17/2025 | 519.48 | $1421.28 | $1019.54 |
| 06/30/2025 | 07/06/2025 | 07/10/2025 | 455.58 | $1148.76 | $795.51 |
| 06/23/2025 | 06/29/2025 | 07/03/2025 | 371.85 | $1592.09 | $1167.69 |
| 06/16/2025 | 06/22/2025 | 06/26/2025 | 31.08 | $2626.00 | $1359.62 |
| 06/09/2025 | 06/15/2025 | 06/18/2025 | 38.28 | $282.98 | $0.00 |
| 06/02/2025 | 06/08/2025 | 06/12/2025 | 28.87 | $1070.78 | $685.71 |
| 05/26/2025 | 06/01/2025 | 06/05/2025 | 32.98 | $1667.16 | $1264.65 |
| 05/19/2025 | 05/25/2025 | 05/29/2025 | 48.60 | $1610.78 | $1160.63 |
| 05/12/2025 | 05/18/2025 | 05/22/2025 | 26.68 | $1273.34 | $849.02 |
| 05/05/2025 | 05/11/2025 | 05/15/2025 | 40.90 | $1283.86 | $876.28 |
| 04/28/2025 | 05/04/2025 | 05/08/2025 | 54.17 | $2085.38 | $1598.28 |
| 04/21/2025 | 04/27/2025 | 05/01/2025 | 50.82 | $1591.72 | $1159.93 |
| 04/14/2025 | 04/20/2025 | 04/24/2025 | 52.48 | $1915.97 | $1459.25 |
| 04/07/2025 | 04/13/2025 | 04/17/2025 | 39.90 | $1571.36 | $1141.32 |
| 03/31/2025 | 04/06/2025 | 04/10/2025 | 27.13 | $1200.74 | $799.56 |
| 03/24/2025 | 03/30/2025 | 04/03/2025 | 48.75 | $1882.68 | $1444.11 |
| 03/17/2025 | 03/23/2025 | 03/27/2025 | 52.12 | $1861.86 | $1392.38 |

Unofficial Report Employee Personal Use Only

| | | | | | |
|---|---|---|---|---|---|
| 03/10/2025 | 03/16/2025 | 03/20/2025 | 36.03 | $1692.05 | $1235.55 |
| 03/03/2025 | 03/09/2025 | 03/13/2025 | 48.55 | $1610.62 | $1195.10 |
| 02/24/2025 | 03/02/2025 | 03/06/2025 | 33.98 | $1405.42 | $850.54 |
| 02/17/2025 | 02/23/2025 | 02/27/2025 | 14.88 | $1265.96 | $773.66 |
| 02/10/2025 | 02/16/2025 | 02/20/2025 | 21.20 | $1405.42 | $987.93 |
| 02/03/2025 | 02/09/2025 | 02/13/2025 | 27.58 | $1413.10 | $993.58 |
| 01/27/2025 | 02/02/2025 | 02/06/2025 | 27.63 | $1405.22 | $987.53 |
| 01/20/2025 | 01/26/2025 | 01/30/2025 | 23.85 | $1615.30 | $1152.97 |
| 01/13/2025 | 01/19/2025 | 01/23/2025 | 29.45 | $1405.42 | $976.69 |
| 01/06/2025 | 01/12/2025 | 01/16/2025 | 20.70 | $1340.42 | $899.13 |
| 12/30/2024 | 01/05/2025 | 01/09/2025 | 16.70 | $1580.77 | $1121.47 |
| 12/23/2024 | 12/29/2024 | 01/02/2025 | 8.60 | $945.42 | $536.74 |
| 12/16/2024 | 12/22/2024 | 12/26/2024 | 11.45 | $880.42 | $476.72 |
| 12/09/2024 | 12/15/2024 | 12/19/2024 | 30.65 | $1628.09 | $1167.19 |
| 12/02/2024 | 12/08/2024 | 12/12/2024 | 21.73 | $1062.00 | $644.40 |
| 11/25/2024 | 12/01/2024 | 12/05/2024 | 18.97 | $1286.70 | $851.92 |
| 11/18/2024 | 11/24/2024 | 11/27/2024 | 36.97 | $1488.26 | $1054.28 |
| 11/11/2024 | 11/17/2024 | 11/21/2024 | 20.45 | $2600.76 | $2200.46 |
| 11/04/2024 | 11/10/2024 | 11/14/2024 | 18.48 | $605.42 | $222.75 |
| 10/28/2024 | 11/03/2024 | 11/07/2024 | 48.00 | $1127.02 | $702.39 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2024 | 10/27/2024 | 10/31/2024 | 40.03 | $1502.57 | $1050.28 |
| 10/14/2024 | 10/20/2024 | 10/24/2024 | 40.02 | $1609.52 | $1149.04 |
| 10/07/2024 | 10/13/2024 | 10/17/2024 | 49.97 | $1558.12 | $1136.65 |
| 09/30/2024 | 10/06/2024 | 10/10/2024 | 42.70 | $1840.64 | $1362.30 |
| 09/23/2024 | 09/29/2024 | 10/03/2024 | 22.53 | $1091.70 | $670.64 |
| 09/16/2024 | 09/22/2024 | 09/26/2024 | 38.78 | $1330.42 | $926.32 |
| 09/09/2024 | 09/15/2024 | 09/19/2024 | 32.80 | $1409.09 | $954.05 |
| 09/02/2024 | 09/08/2024 | 09/12/2024 | 29.77 | $1108.08 | $638.14 |
| 08/26/2024 | 09/01/2024 | 09/05/2024 | 48.22 | $1597.14 | $1089.78 |
| 08/19/2024 | 08/25/2024 | 08/29/2024 | 44.92 | $1767.60 | $1247.20 |
| 08/12/2024 | 08/18/2024 | 08/22/2024 | 39.82 | $1658.90 | $1146.82 |
| 08/05/2024 | 08/11/2024 | 08/15/2024 | 35.78 | $1545.81 | $1042.38 |
| 07/29/2024 | 08/04/2024 | 08/08/2024 | 41.28 | $1512.62 | $1044.39 |
| 07/22/2024 | 07/28/2024 | 08/01/2024 | 43.83 | $1537.28 | $1034.60 |
| 07/15/2024 | 07/21/2024 | 07/25/2024 | 25.53 | $1406.58 | $913.90 |
| 07/08/2024 | 07/14/2024 | 07/18/2024 | 5.82 | $1263.90 | $440.63 |
| 07/01/2024 | 07/07/2024 | 07/11/2024 | 0.17 | $3.34 | $0.00 |
| 06/24/2024 | 06/30/2024 | 07/03/2024 | 0.00 | $0.00 | $0.00 |
| 06/17/2024 | 06/23/2024 | 06/27/2024 | 1.00 | $50.00 | $0.00 |
| 06/10/2024 | 06/16/2024 | 06/20/2024 | 0.17 | $3.34 | $0.00 |
| 06/03/2024 | 06/09/2024 | 06/13/2024 | 0.00 | $0.00 | $0.00 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| 05/27/2024 | 06/02/2024 | 06/06/2024 | 51.77 | $2179.14 | $1709.24 |
| 05/20/2024 | 05/26/2024 | 05/30/2024 | 37.90 | $1820.64 | $1340.52 |
| 05/13/2024 | 05/19/2024 | 05/23/2024 | 34.67 | $1371.50 | $925.73 |
| 05/06/2024 | 05/12/2024 | 05/16/2024 | 51.18 | $1917.72 | $1430.18 |
| 04/29/2024 | 05/05/2024 | 05/09/2024 | 51.98 | $2017.06 | $1523.25 |
| 04/22/2024 | 04/28/2024 | 05/02/2024 | 48.77 | $1915.84 | $1429.78 |
| 04/15/2024 | 04/21/2024 | 04/25/2024 | 44.03 | $2001.48 | $1508.87 |
| 04/08/2024 | 04/14/2024 | 04/18/2024 | 47.92 | $1676.12 | $1208.39 |
| 04/01/2024 | 04/07/2024 | 04/11/2024 | 40.58 | $1306.50 | $902.42 |
| 03/25/2024 | 03/31/2024 | 04/04/2024 | 39.05 | $1578.02 | $1118.12 |
| 03/18/2024 | 03/24/2024 | 03/28/2024 | 53.10 | $1956.66 | $1467.80 |
| 03/11/2024 | 03/17/2024 | 03/21/2024 | 32.60 | $1736.07 | $1264.07 |
| 03/04/2024 | 03/10/2024 | 03/14/2024 | 43.17 | $1656.96 | $1191.03 |
| 02/26/2024 | 03/03/2024 | 03/07/2024 | 38.58 | $1659.94 | $1193.91 |
| 02/19/2024 | 02/25/2024 | 02/29/2024 | 48.78 | $1967.89 | $1478.30 |
| 02/12/2024 | 02/18/2024 | 02/22/2024 | 40.50 | $1450.60 | $1018.13 |
| 02/05/2024 | 02/11/2024 | 02/15/2024 | 31.70 | $1285.08 | $847.74 |
| 01/29/2024 | 02/04/2024 | 02/08/2024 | 25.47 | $1123.00 | $716.56 |
| 01/22/2024 | 01/28/2024 | 02/01/2024 | 21.23 | $1510.72 | $1057.10 |
| 01/15/2024 | 01/21/2024 | 01/25/2024 | 24.08 | $1065.86 | $646.25 |
| 01/08/2024 | 01/14/2024 | 01/18/2024 | 8.18 | $1116.48 | $693.01 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| 01/01/2024 | 01/07/2024 | 01/11/2024 | 37.67 | $1595.38 | $1134.66 |
| 12/25/2023 | 12/31/2023 | 01/04/2024 | 21.63 | $1183.90 | $766.73 |
| 12/18/2023 | 12/24/2023 | 12/28/2023 | 40.07 | $1231.68 | $810.85 |
| 12/11/2023 | 12/17/2023 | 12/21/2023 | 33.50 | $1191.76 | $773.99 |
| 12/04/2023 | 12/10/2023 | 12/14/2023 | 37.37 | $1720.58 | $1262.36 |
| 11/27/2023 | 12/03/2023 | 12/07/2023 | 16.27 | $733.24 | $350.30 |
| 11/20/2023 | 11/26/2023 | 11/30/2023 | 27.92 | $1441.14 | $1004.07 |
| 11/13/2023 | 11/19/2023 | 11/22/2023 | 32.48 | $1787.57 | $1323.98 |
| 11/06/2023 | 11/12/2023 | 11/16/2023 | 53.27 | $2026.02 | $1544.20 |
| 10/30/2023 | 11/05/2023 | 11/09/2023 | 23.17 | $2181.09 | $1738.93 |
| 10/23/2023 | 10/29/2023 | 11/02/2023 | 29.83 | $1287.58 | $849.90 |
| 10/16/2023 | 10/22/2023 | 10/26/2023 | 56.27 | $2597.42 | $2073.41 |
| 10/09/2023 | 10/15/2023 | 10/19/2023 | 52.55 | $2037.42 | $1824.29 |
| 10/02/2023 | 10/08/2023 | 10/12/2023 | 42.80 | $1458.59 | $1036.07 |
| 09/25/2023 | 10/01/2023 | 10/05/2023 | 52.60 | $2165.42 | $1910.94 |
| 09/18/2023 | 09/24/2023 | 09/28/2023 | 36.95 | $1167.94 | $767.64 |
| 09/11/2023 | 09/17/2023 | 09/21/2023 | 30.75 | $1018.80 | $629.91 |
| 09/04/2023 | 09/10/2023 | 09/14/2023 | 33.77 | $2843.58 | $2407.69 |
| 08/28/2023 | 09/03/2023 | 09/07/2023 | 14.88 | $2797.42 | $2273.65 |
| 08/21/2023 | 08/27/2023 | 08/31/2023 | 36.28 | $2486.20 | $2031.26 |

Unofficial Report : Employee Personal Use Only .

| | | | | | |
|---|---|---|---|---|---|
| 08/14/2023 | 08/20/2023 | 08/24/2023 | 31.82 | $1358.14 | $944.49 |
| 08/07/2023 | 08/13/2023 | 08/17/2023 | 37.42 | $1332.18 | $920.53 |
| 07/31/2023 | 08/06/2023 | 08/10/2023 | 46.03 | $1604.42 | $1175.82 |
| 07/24/2023 | 07/30/2023 | 08/03/2023 | 49.27 | $1695.84 | $1260.26 |
| 07/17/2023 | 07/23/2023 | 07/27/2023 | 33.12 | $1349.22 | $940.15 |
| 07/10/2023 | 07/16/2023 | 07/20/2023 | 33.20 | $1157.42 | $763.03 |
| 07/03/2023 | 07/09/2023 | 07/13/2023 | 34.08 | $1240.02 | $841.62 |
| 06/26/2023 | 07/02/2023 | 07/06/2023 | 25.08 | $848.40 | $503.82 |
| 06/19/2023 | 06/25/2023 | 06/29/2023 | 37.63 | $1464.00 | $1072.32 |
| 06/12/2023 | 06/18/2023 | 06/22/2023 | 46.05 | $1550.28 | $1152.00 |
| 06/05/2023 | 06/11/2023 | 06/15/2023 | 41.13 | $1702.52 | $1292.59 |
| 05/29/2023 | 06/04/2023 | 06/08/2023 | 40.13 | $1604.66 | $1202.23 |
| 05/22/2023 | 05/28/2023 | 06/01/2023 | 28.13 | $1213.26 | $840.76 |
| 05/15/2023 | 05/21/2023 | 05/25/2023 | 34.18 | $1222.59 | $849.38 |
| 05/08/2023 | 05/14/2023 | 05/18/2023 | 35.80 | $1307.73 | $928.01 |
| 05/01/2023 | 05/07/2023 | 05/11/2023 | 43.85 | $1600.46 | $1262.23 |
| 04/24/2023 | 04/30/2023 | 05/04/2023 | 27.00 | $1112.76 | $985.78 |
| 04/17/2023 | 04/23/2023 | 04/27/2023 | 39.38 | $1523.67 | $1365.25 |
| 04/10/2023 | 04/16/2023 | 04/20/2023 | 7.65 | $1681.06 | $1510.61 |
| 03/27/2023 | 04/02/2023 | 04/06/2023 | 31.32 | $1368.30 | $1221.78 |
| 03/20/2023 | 03/26/2023 | 03/30/2023 | 41.52 | $1518.66 | $1360.62 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| 03/13/2023 | 03/19/2023 | 03/23/2023 | 29.95 | $1636.07 | $1469.06 |
| 03/06/2023 | 03/12/2023 | 03/16/2023 | 43.55 | $1609.10 | $1444.15 |
| 02/27/2023 | 03/05/2023 | 03/09/2023 | 27.58 | $1047.80 | $925.79 |
| 02/20/2023 | 02/26/2023 | 03/02/2023 | 5.18 | $1449.66 | $1296.90 |
| 02/13/2023 | 02/19/2023 | 02/23/2023 | 10.85 | $1558.80 | $1397.71 |
| 02/06/2023 | 02/12/2023 | 02/16/2023 | 23.45 | $1886.18 | $1700.03 |
| 01/30/2023 | 02/05/2023 | 02/09/2023 | 532.00 | $1064.98 | $941.65 |
| 01/23/2023 | 01/29/2023 | 02/02/2023 | 5.00 | $1005.42 | $1058.48 |
| 01/22/2023 | 01/28/2023 | 02/02/2023 | 0.00 | $0.78 | $0.73 |
| 01/15/2023 | 01/21/2023 | 01/26/2023 | 5.95 | $844.43 | $779.84 |
| 01/08/2023 | 01/14/2023 | 01/19/2023 | 3.67 | $1341.22 | $1238.61 |

Unofficial Report: Employee Personal Use Only.

**Pay Period Income Detail - 10/26/2025**

| | |
|---|---|
| **Total Gross Earnings** | $1523.82 |
| **Pension** | |
| **Other Income** | |

**Pay Period Withholding Detail - 10/26/2025**

| | |
|---|---|
| **Federal Tax** | |
| **State Tax** | |
| **Local Tax** | |
| **Social Security** | |

| | |
|---|---|
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

Unofficial Report Employee Personal Use Only.

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 32.00 |
| Pay Cycle | Weekly |
| Payroll Deduction for All Insurance Coverage | |

## Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |

Claim Pending

## Employer Level Disclaimer

**TSV:** Please use Headquarters Address above for garnishment requests.

**VOI:** Please use Headquarters Address above for garnishment requests.

*A compensation rate of "0.00" indicates the employee is paid on a piece-rate basis.?

**Pay records for Salaried - Exempt Employees will indicate "0" hours worked except where the employee is compensated for Paid Time Off or a leave of absence.

**VOE:** Please use Headquarters Address above for garnishment requests.

*A compensation rate of "0.00" indicates the employee is paid on a piece-rate basis.?

**Pay records for Salaried - Exempt Employees will indicate "0" hours worked except where the employee is compensated for Paid Time Off or a leave of absence.

**SSV:** Please use Headquarters Address above for garnishment requests.

*A compensation rate of "0.00" indicates the employee is paid on a piece-rate basis.?

**Pay records for Salaried - Exempt Employees will indicate "0" hours worked except where the employee is compensated for Paid Time Off or a leave of absence.

Unofficial Report Employee Personal Use Only

Section 6

## Employer Information for Home Depot Inc.

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 201 KNIGHTCHASE DR. , 201 , STOCKBRIDGE , GA , 30281 |
| Employee Phone Number | (404) 509-5901 |

### Employer Information

| | |
|---|---|
| Employer Name | Home Depot Inc. |

| | |
|---|---|
| **Employment Status** | No Longer Employed |
| **Information Current as of** | 06/27/2014 |
| **Employer Code** | 87843 |
| **Employer Address** | 2455 Paces Ferry Road , Atlanta , GA , 30339 |
| **Job Title** | DC GENERAL WAREHOU |
| **Total Time with Employer** | |
| **FEIN** | 581853319 |
| **Division** | 5149064 |
| **Work Location (Job Site)** | |
| **Union Affiliation** | |
| **Rate of Pay** | $12.00 Hourly |
| **Average Hours per Pay Period** | 60.00 |
| **Original Hire Date** | 09/18/2013 |
| **Most Recent Start Date** | 09/18/2013 |
| **Date of Termination** | 06/05/2014 |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2014 | 2013 |
|---|---|---|
| **Base Pay** | $9672.04 | $5375.01 |
| **Overtime** | $784.70 | $1080.40 |

| | | |
|---|---|---|
| Commission | | |
| Bonuses | $732.07 | |
| Other | | |
| Holiday | | |
| Pension | | |
| Shift Differential | | |
| Severance | | |
| Stock(Vested) | | |
| Sick | | |
| Vacation | | |
| Tips | | |
| Total Pay | $11188.81 | $6455.41 |

Unofficial Report Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 06/08/2014 | 06/13/2014 | 30.75 | $669.00 | |
| | 05/25/2014 | 05/30/2014 | 73.50 | $882.00 | |
| | 05/11/2014 | 05/16/2014 | 74.00 | $888.00 | |
| | 04/27/2014 | 05/02/2014 | 66.50 | $798.00 | |
| | 04/13/2014 | 04/18/2014 | 86.00 | $1020.00 | |

| | | | | |
|---|---|---|---|---|
| | 03/30/2014 | 04/04/2014 | 60.75 | $684.85 |
| | 03/21/2014 | 03/21/2014 | | $432.07 |
| | 03/16/2014 | 03/21/2014 | 60.00 | $675.01 |
| | 03/02/2014 | 03/07/2014 | 105.50 | $1305.01 |
| | 02/16/2014 | 02/21/2014 | 105.25 | $1326.10 |
| | 02/02/2014 | 02/07/2014 | 79.00 | $888.76 |
| | 01/19/2014 | 01/24/2014 | 79.50 | $894.38 |
| | 01/05/2014 | 01/10/2014 | 67.50 | $725.63 |
| | 12/22/2013 | 12/27/2013 | 65.75 | $706.81 |
| | 12/08/2013 | 12/13/2013 | 67.50 | $743.10 |
| | 11/24/2013 | 11/29/2013 | 90.25 | $1019.91 |
| | 11/10/2013 | 11/15/2013 | 73.75 | $792.82 |
| | 10/27/2013 | 11/01/2013 | 108.00 | $1311.51 |
| | 10/13/2013 | 10/18/2013 | 74.25 | $878.82 |
| | 09/29/2013 | 10/04/2013 | 87.50 | $1002.44 |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - 06/08/2014

| | |
|---|---|
| **Total Gross Earnings** | $669.00 |
| **Pension** | |
| **Other Income** | |

## Pay Period Withholding Detail - 06/08/2014

| | |
|---|---|
| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | 04/07/2015 |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | 04/07/2014 |
| Last Amount of Pay Increase | $0.75 |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 60.00 |
| Pay Cycle | Bi-weekly |
| Payroll Deduction for All Insurance Coverage | |

## Workers' Compensation

| | |
|---|---|
| **Receiving Workers' Compensation** | |
| **Carrier** | |
| **Date of Injury** | |
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | |

## Employer Level Disclaimer

**INS:** For questions regarding any information contained in this document call: 800-996-7566 For all other inquiries contact The Home Depot - HRSC 866-698-4347 Home Depot Inc. is the parent company of the organizations listed below. This verification letter issued by Home Depot Inc. is therefore applicable to all "listed companies": -Home Depot U.S.A., Inc. -Home Depot Management Company, LLC

**VOI:**
Average hours do not reflect true hours worked but average is based on work status as either part time (less than 30 hours) or full time (more than 30 hours). The Home Depot does not provide medical benefits to terminated associates or part time associates that work less than 30 hours per week. Part time associates that work less than 30 hours per week can enroll only in dental and vision care.

**SSV:**
Average hours do not reflect true hours worked but average is based on work status as either part time (less than 30 hours) or full time (more than 30 hours). The Home Depot does not provide medical benefits to terminated associates or part time associates that work less than 30 hours per week. Part time associates that work less than 30 hours per week can enroll only in dental and vision care.

**VOE:**
Average hours do not reflect true hours worked but average is based on work status as either part time (less than 30 hours) or full time (more than 30 hours). The Home Depot does not provide medical benefits to terminated associates or part time associates that work less than 30 hours per week. Part time associates that work less than 30 hours per week can enroll only in dental and vision care.

Unofficial Report: Employee Personal Use Only

**Section 7**

## Employer Information for Drivers Management LLC

## Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 1606 CHASE RIDGE DR1606 , RIVERDALE , GA , 30296 |
| Employee Phone Number | (404) 509-5901 |

## Employer Information

| | |
|---|---|
| Employer Name | Drivers Management LLC |
| Employment Status | No Longer Employed |
| Information Current as of | 06/24/2015 |
| Employer Code | 12587 |
| Employer Address | 14507 Frontier Road , Omaha , NE , 68138 |
| Job Title | STUDENT |
| Total Time with Employer | |
| FEIN | 470648386 |
| Division | DMI-NE |
| Work Location (Job Site) | |
| Union Affiliation | |
| Rate of Pay | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Average Hours per Pay Period | |
| Original Hire Date | 06/17/2015 |
| Most Recent Start Date | 06/17/2015 |
| Date of Termination | 06/18/2015 |
| Reason for Termination | |

## Pay Period Income Detail - null

| | |
|---|---|
| Total Gross Earnings | |
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - null

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | |
| Pay Cycle | |
| Payroll Deduction for All Insurance Coverage | |

Unofficial Report Employee Personal Use Only.

### Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

**Section 8**

## Employer Information for Employbridge

Unofficial Report Employee Personal Use Only.

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 1606 Chase Ridge Drive , Riverdale , GA , 30296 |
| Employee Phone Number | |

### Employer Information

| | |
|---|---|
| Employer Name | Employbridge |
| Employment Status | No Longer Employed |

| | |
|---|---|
| **Information Current as of** | 04/24/2015 |
| **Employer Code** | 11462 |
| **Employer Address** | 1507 Lyndon B. Johnson Freeway , Suite 400 , Farmers Branch , TX , 75234 |
| **Job Title** | FIELD ASSOCIATE |
| **Total Time with Employer** | |
| **FEIN** | 452324439 |
| **Division** | 20039 |
| **Work Location (Job Site)** | 119 Willow Lane , McDonough , GA , 30253 |
| **Union Affiliation** | |
| **Rate of Pay** | $10.00 Hourly |
| **Average Hours per Pay Period** | 12.00 |
| **Original Hire Date** | 10/10/2012 |
| **Most Recent Start Date** | 10/15/2012 |
| **Date of Termination** | 04/28/2016 |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only

## Yearly Income Summary

| | 2015 | 2013 | 2012 | 2007 |
|---|---|---|---|---|
| **Base Pay** | $369.20 | $8552.09 | $3261.75 | |
| **Overtime** | $0.00 | $552.49 | $500.33 | |

| | | | |
|---|---|---|---|
| **Commission** | $0.00 | $0.00 | $0.00 |
| **Bonuses** | $0.00 | $0.00 | $0.00 |
| **Other** | $0.00 | $0.00 | $0.00 |
| **Holiday** | | | |
| **Pension** | | | |
| **Shift Differential** | | | |
| **Severance** | | | |
| **Stock (Vested)** | | | |
| **Sick** | | | |
| **Vacation** | | | |
| **Tips** | | | |
| **Total Pay** | $369.20 | $9104.58 | $3762.08 |

Unofficial Report Employee Personal Use Only.

| | **2006** |
|---|---|
| **Base Pay** | |
| **Overtime** | |
| **Commission** | |
| **Bonuses** | |
| **Other** | |
| **Holiday** | |

| | |
|---|---|
| Pension | |
| Shift Differential | |
| Severance | |
| Stock(Vested) | |
| Sick | |
| Vacation | |
| Tips | |
| Total Pay | |

Unofficial Report: Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 04/13/2015 | 04/19/2015 | 04/24/2015 | 4.00 | $40.00 | $0.00 |
| 04/06/2015 | 04/12/2015 | 04/17/2015 | 12.17 | $121.70 | $0.00 |
| 03/30/2015 | 04/05/2015 | 04/10/2015 | 20.75 | $207.50 | $0.00 |
| 07/15/2013 | 07/21/2013 | 07/26/2013 | 31.02 | $333.47 | $0.00 |
| 07/01/2013 | 07/07/2013 | 07/12/2013 | 50.95 | $536.04 | $0.00 |
| 06/24/2013 | 06/30/2013 | 07/05/2013 | 45.72 | $461.51 | $0.00 |
| 06/17/2013 | 06/23/2013 | 06/28/2013 | 39.00 | $370.50 | $0.00 |
| 06/10/2013 | 06/16/2013 | 06/21/2013 | 47.98 | $493.72 | $0.00 |
| 06/03/2013 | 06/09/2013 | 06/14/2013 | 49.37 | $513.53 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/27/2013 | 06/02/2013 | 06/07/2013 | 44.75 | $447.69 | $0.00 |
| 05/20/2013 | 05/26/2013 | 05/31/2013 | 36.70 | $348.65 | $0.00 |
| 05/13/2013 | 05/19/2013 | 05/24/2013 | 28.30 | $268.85 | $0.00 |
| 05/06/2013 | 05/12/2013 | 05/17/2013 | 24.77 | $235.32 | $0.00 |
| 04/29/2013 | 05/05/2013 | 05/10/2013 | 23.67 | $224.87 | $0.00 |
| 04/22/2013 | 04/28/2013 | 05/03/2013 | 30.50 | $289.75 | $0.00 |
| 04/15/2013 | 04/21/2013 | 04/26/2013 | 34.45 | $327.28 | $0.00 |
| 04/08/2013 | 04/14/2013 | 04/19/2013 | 36.43 | $346.09 | $0.00 |
| 04/01/2013 | 04/07/2013 | 04/12/2013 | 16.15 | $153.43 | $0.00 |
| 03/25/2013 | 03/31/2013 | 04/05/2013 | 35.83 | $340.39 | $0.00 |
| 03/18/2013 | 03/24/2013 | 03/29/2013 | 31.57 | $299.92 | $0.00 |
| 03/11/2013 | 03/17/2013 | 03/22/2013 | 32.95 | $313.03 | $0.00 |
| 03/04/2013 | 03/10/2013 | 03/15/2013 | 24.45 | $232.28 | $0.00 |
| 02/25/2013 | 03/03/2013 | 03/08/2013 | 35.98 | $341.81 | $0.00 |
| 02/18/2013 | 02/24/2013 | 03/01/2013 | 19.38 | $184.11 | $0.00 |
| 02/11/2013 | 02/17/2013 | 02/22/2013 | 22.10 | $209.95 | $0.00 |
| 02/04/2013 | 02/10/2013 | 02/15/2013 | 37.52 | $356.44 | $0.00 |
| 01/28/2013 | 02/03/2013 | 02/08/2013 | 20.13 | $191.24 | $0.00 |
| 01/21/2013 | 01/27/2013 | 02/01/2013 | 19.63 | $186.49 | $0.00 |
| 01/14/2013 | 01/20/2013 | 01/25/2013 | 29.53 | $280.54 | $0.00 |
| 01/07/2013 | 01/13/2013 | 01/18/2013 | 22.63 | $214.99 | $0.00 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| 12/31/2012 | 01/06/2013 | 01/11/2013 | 21.58 | $205.01 | $0.00 |
| 12/24/2012 | 12/30/2012 | 01/04/2013 | 33.43 | $317.59 | $0.00 |
| 12/17/2012 | 12/23/2012 | 12/28/2012 | 34.27 | $325.57 | $0.00 |
| 12/10/2012 | 12/16/2012 | 12/21/2012 | 33.20 | $315.40 | $0.00 |
| 12/03/2012 | 12/09/2012 | 12/14/2012 | 32.05 | $304.48 | $0.00 |
| 11/26/2012 | 12/02/2012 | 12/07/2012 | 35.67 | $338.87 | $0.00 |
| 11/19/2012 | 11/25/2012 | 11/30/2012 | 26.17 | $248.62 | $0.00 |
| 11/12/2012 | 11/18/2012 | 11/23/2012 | 17.98 | $170.81 | $0.00 |
| 11/05/2012 | 11/11/2012 | 11/16/2012 | 52.07 | $552.00 | $0.00 |
| 10/29/2012 | 11/04/2012 | 11/09/2012 | 45.32 | $455.81 | $0.00 |
| 10/22/2012 | 10/28/2012 | 11/02/2012 | 56.05 | $608.72 | $0.00 |
| 10/15/2012 | 10/21/2012 | 10/26/2012 | 41.67 | $403.80 | $0.00 |
| 10/08/2012 | 10/14/2012 | 10/19/2012 | 4.00 | $38.00 | $0.00 |
| 03/05/2007 | 03/11/2007 | 03/16/2007 | 33.25 | $299.25 | $0.00 |
| 02/26/2007 | 03/04/2007 | 03/09/2007 | 30.00 | $270.00 | $0.00 |
| 02/19/2007 | 02/25/2007 | 03/02/2007 | 40.00 | $360.00 | $0.00 |
| 02/12/2007 | 02/18/2007 | 02/23/2007 | 27.00 | $243.00 | $0.00 |
| 02/05/2007 | 02/11/2007 | 02/16/2007 | 21.25 | $191.25 | $0.00 |
| 01/29/2007 | 02/04/2007 | 02/09/2007 | 18.75 | $168.75 | $0.00 |
| 12/25/2006 | 12/31/2006 | 01/05/2007 | 10.50 | $94.50 | $0.00 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2006 | 12/24/2006 | 12/29/2006 | 24.00 | $216.00 | $0.00 |
| 12/11/2006 | 12/17/2006 | 12/22/2006 | 30.50 | $274.50 | $0.00 |
| 12/04/2006 | 12/10/2006 | 12/15/2006 | 21.50 | $193.50 | $0.00 |
| 11/27/2006 | 12/03/2006 | 12/08/2006 | 31.00 | $279.00 | $0.00 |
| 11/20/2006 | 11/26/2006 | 12/01/2006 | 20.75 | $186.75 | $0.00 |
| 11/13/2006 | 11/19/2006 | 11/24/2006 | 23.25 | $209.25 | $0.00 |
| 11/06/2006 | 11/12/2006 | 11/17/2006 | 37.50 | $337.50 | $0.00 |
| 10/30/2006 | 11/05/2006 | 11/10/2006 | 27.25 | $245.25 | $0.00 |
| 07/10/2006 | 07/16/2006 | 07/21/2006 | 3.00 | $31.50 | $0.00 |
| 07/03/2006 | 07/09/2006 | 07/14/2006 | 16.00 | $168.00 | $0.00 |
| 06/26/2006 | 07/02/2006 | 07/07/2006 | 37.00 | $388.50 | $0.00 |
| 06/19/2006 | 06/25/2006 | 06/30/2006 | 48.00 | $546.00 | $0.00 |
| 06/12/2006 | 06/18/2006 | 06/23/2006 | 40.00 | $420.00 | $0.00 |
| 06/05/2006 | 06/11/2006 | 06/16/2006 | 40.50 | $427.88 | $0.00 |
| 05/29/2006 | 06/04/2006 | 06/09/2006 | 40.00 | $420.00 | $0.00 |
| 05/22/2006 | 05/28/2006 | 06/02/2006 | 40.00 | $420.00 | $0.00 |
| 05/15/2006 | 05/21/2006 | 05/26/2006 | 40.00 | $420.00 | $0.00 |
| 05/08/2006 | 05/14/2006 | 05/19/2006 | 48.00 | $546.00 | $0.00 |
| 05/01/2006 | 05/07/2006 | 05/12/2006 | 48.00 | $546.00 | $0.00 |
| 04/24/2006 | 04/30/2006 | 05/05/2006 | 5.00 | $40.00 | $0.00 |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - 04/19/2015

| | |
|---|---|
| Total Gross Earnings | $40.00 |
| Pension | |
| Other Income | $0.00 |

## Pay Period Withholding Detail - 04/19/2015

| | |
|---|---|
| Federal Tax | $0.00 |
| State Tax | $0.00 |
| Local Tax | $0.00 |
| Social Security | $2.48 |
| Medicare | $0.58 |
| Retirement/401k | $0.00 |
| Cafeteria Plan | $0.00 |
| Garnishments | $0.00 |
| Other Withholding | $0.00 |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

## Income & Deductions

| | |
|---|---|
| **Average Hours Per Pay Period** | 12.00 |
| **Pay Cycle** | Weekly |
| **Payroll Deduction for All Insurance Coverage** | $0.00 |

**Workers' Compensation**

| | |
|---|---|
| **Receiving Workers' Compensation** | No |
| **Carrier** | |
| **Date of Injury** | |
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | No |

Applicant Report Employee Personal Use Only.

## Employer Level Disclaimer

**VOE:**

This message is displayed on verifications for information and convenience. The Employer Name, Employbridge is the corporate name. Employbridge operates several brands(see upper left-hand corner). Employees may refer to the employer as one of the brands listed versus Employbridge.?

Pay Disclaimer: If pay rate listed is $0 dollars, this indicates employee's pay fluctuates based on assignments. Some driving employees' rates may appear low due to pay fluctuations for assignments, etc. Pay rates reflect gross pay divided by # of hours per pay period and may include OT pay. For discrepancies, send inquiries to:?hrempver@employbridge.com; For garnishments send to: EmployBridge-Payroll 1507 LBJ Freeway, #400,?Farmers Branch, TX 75234. For regulated drivers, any driver that employment ends after 1/6/2020, drug and alcohol history must be obtained via the FMCSA Clearinghouse. For Safety and Performance history under 391.23, please email signed release to?verify@prodrivers.com?or DacEmployment records.

INFORMATION ABOUT EMPLOYER: If message "Data Not Provided" is displayed in FEIN field, use 58-2575338 (corporate FEIN). If there is a number displayed in the record level FEIN field different from the one appearing in this message, use the number from the FEIN field in the verification. It is employee specific.

Employment statuses are defined as: Active - Working an assignment or just off an assignment for up to 15 calendar days after last pay date. Not Currently on Assignment - Period beginning 15 calendar days after last pay date or longer.??Most Recent Hire Date: The date reflected herein may not be the most recent date of their current/last assignment but rather when they were initially hired.

Verifications of Income for employees acquired from Hire Dynamics, The Daniel Group and ?Select Staff will reflect the start date of the associate with EmployBridge and the day the associate is acquired into one of our existing entities.

**SSV:**

This message is displayed on verifications for information and convenience. The Employer Name, Employbridge is the corporate name. Employbridge operates several brands(see upper left-hand corner). Employees may refer to the employer as one of the brands listed versus Employbridge.?

Pay Disclaimer: If pay rate listed is $0 dollars, this indicates employee's pay fluctuates based on assignments. Some driving employees' rates may appear low due to pay fluctuations for assignments, etc. Pay rates reflect gross pay divided by # of hours per pay period and may include OT pay. For discrepancies, send inquiries to:?hrempver@employbridge.com; For garnishments send to: EmployBridge-Payroll 1507 LBJ Freeway, #400,?Farmers Branch, TX 75234. For regulated drivers, any driver that employment ends after 1/6/2020, drug and alcohol history must be obtained via the FMCSA Clearinghouse. For Safety and Performance history under 391.23, please email signed release to?verify@prodrivers.com?or DacEmployment records.

INFORMATION ABOUT EMPLOYER: If message "Data Not Provided" is displayed in FEIN field, use 58-2575338 (corporate FEIN). If there is a number displayed in the record level FEIN field different from the one appearing in this message, use the number from the FEIN field in the verification. It is employee specific.

Employment statuses are defined as: Active - Working an assignment or just off an assignment for up to 15 calendar days after last pay date. Not Currently on Assignment - Period beginning 15 calendar days after last pay date or longer.??Most Recent Hire Date: The date reflected herein may not be the most recent date of their current/last assignment but rather when they were initially hired.

Verifications of Income for employees acquired from Hire Dynamics, The Daniel Group and ?Select Staff will reflect the start date of the associate with EmployBridge and the day the associate is acquired into one of our existing entities.

**VOI:**

This message is displayed on verifications for information and convenience. The Employer Name, Employbridge is the corporate name. Employbridge operates several brands(see upper left-hand corner). Employees may refer to the employer as one of the brands listed versus Employbridge.?

Pay Disclaimer: If pay rate listed is $0 dollars, this indicates employee's pay fluctuates based on assignments. Some driving employees' rates may appear low due to pay fluctuations for assignments, etc. Pay rates reflect gross pay divided by # of hours per pay period and may include OT pay. For discrepancies, send inquiries to: hrempver@employbridge.com; For garnishments send to: EmployBridge-Payroll 1507 LBJ Freeway, #400, Farmers Branch, TX 75234. For regulated drivers, any driver that employment ends after 1/6/2020, drug and alcohol history must be obtained via the FMCSA Clearinghouse. For Safety and Performance history under 391.23, please email signed release to verify@prodrivers.com or DacEmployment records.

INFORMATION ABOUT EMPLOYER: If message "Data Not Provided" is displayed in FEIN field, use 58-2575338 (corporate FEIN). If there is a number displayed in the record level FEIN field different from the one appearing in this message, use the number from the FEIN field in the verification. It is employee specific.

Employment statuses are defined as: Active - Working an assignment or just off an assignment for up to 15 calendar days after last pay date. Not Currently on Assignment - Period beginning 15 calendar days after last pay date or longer. ?Most Recent Hire Date: The date reflected herein may not be the most recent date of their current/last assignment but rather when they were initially hired.

Verifications of Income for employees acquired from Hire Dynamics, The Daniel Group and ?Select Staff will reflect the start date of the associate with EmployBridge and the day the associate is acquired into one of our existing entities.

**INS:**

***Employment statuses are defined as: Active - Working an assignment or just off an assignment for up to 15 calendar days after last pay date. Not Currently on Assignment - Period beginning 15 calendar days after last pay date or longer.??Most Recent Hire Date: The date reflected herein may not be the most recent date of their current/last assignment but rather when they were initially hired.***

**Section 9**

## Employer Information for McDonald`s Corporation, INC.

## Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 1435 LAFAYETTE SQ , MCDONOUGH , GA , 30252-8686 |
| Employee Phone Number | (404) 509-5901 |

## Employer Information

Unofficial Report - Employee Personal Use Only.

| | |
|---|---|
| Employer Name | McDonald's Corporation, INC. |
| Employment Status | Inactive |
| Information Current as of | 11/28/2009 |
| Employer Code | 10123 |
| Employer Address | 110 N Carpenter , Chicago , IL , 60607 |
| Job Title | CREW PERSON |
| Total Time with Employer | |
| FEIN | 362951565 |
| Division | 1010780500 |
| Work Location (Job Site) | 801 HWY 81 E , MCDONOUGH , GA , 30252 |
| Union Affiliation | |
| Rate of Pay | $6.55 Hourly |

| | |
|---|---|
| **Average Hours per Pay Period** | 26.00 |
| **Original Hire Date** | 09/09/2003 |
| **Most Recent Start Date** | 07/06/2008 |
| **Date of Termination** | 11/14/2008 |
| **Reason for Termination** | |

## Yearly Income Summary

| | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **Base Pay** | $0.00 | $675.43 | $0.00 | $0.00 |
| **Overtime** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Commission** | | | | |
| **Bonuses** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Holiday** | | | | |
| **Pension** | | | | |
| **Shift Differential** | | | | |
| **Severance** | | | | |
| **Stock (Vested)** | | | | |
| **Sick** | | | | |
| **Vacation** | | | | |

Unofficial Report Employee Personal Use Only

| | | | | |
|---|---|---|---|---|
| **Tips** | | | | |
| **Total Pay** | $0.00 | $675.43 | $0.00 | $0.00 |

| | 2005 |
|---|---|
| **Base Pay** | $0.00 |
| **Overtime** | $0.00 |
| **Commission** | |
| **Bonuses** | $0.00 |
| **Other** | $0.00 |
| **Holiday** | |
| **Pension** | |
| **Shift Differential** | |
| **Severance** | |
| **Stock(Vested)** | |
| **Sick** | |
| **Vacation** | |
| **Tips** | |
| **Total Pay** | $0.00 |

Unofficial Report Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period | Pay Period | Hours | Gross |
|---|---|---|---|

| Begin Date | End Date | Pay Date | Worked | Earnings | Net |
|---|---|---|---|---|---|
| | 08/05/2008 | 08/13/2008 | 25.56 | $167.41 | $154.61 |
| | 07/29/2008 | 08/06/2008 | 21.53 | $141.02 | $130.22 |
| | 07/22/2008 | 07/30/2008 | 26.47 | $173.38 | $160.12 |
| | 07/15/2008 | 07/23/2008 | 29.56 | $193.62 | $178.81 |
| | 11/13/2004 | 11/19/2004 | 5.56 | $34.75 | $32.10 |
| | 11/06/2004 | 11/12/2004 | 18.03 | $112.69 | $96.42 |
| | 10/30/2004 | 11/05/2004 | 24.00 | $150.00 | $125.64 |
| | 10/23/2004 | 10/29/2004 | 14.22 | $88.88 | $77.53 |
| | 10/16/2004 | 10/22/2004 | 32.45 | $202.81 | $165.44 |
| | 10/09/2004 | 10/15/2004 | 22.09 | $138.06 | $116.33 |
| | 09/25/2004 | 10/01/2004 | 17.42 | $108.88 | $93.40 |
| | 09/18/2004 | 09/24/2004 | 19.35 | $120.94 | $102.92 |
| | 09/11/2004 | 09/17/2004 | 31.77 | $198.56 | $162.40 |
| | 09/04/2004 | 09/10/2004 | 20.04 | $125.25 | $106.30 |
| | 08/28/2004 | 09/03/2004 | 18.07 | $112.94 | $96.62 |
| | 03/06/2004 | 03/12/2004 | 16.68 | $100.08 | $86.41 |
| | 02/28/2004 | 03/05/2004 | 22.33 | $133.98 | $113.15 |
| | 02/21/2004 | 02/27/2004 | 26.13 | $156.78 | $130.87 |
| | 02/14/2004 | 02/20/2004 | 17.89 | $107.34 | $92.18 |
| | 02/07/2004 | 02/13/2004 | 18.14 | $108.84 | $93.36 |

Unofficial Report Employee Personal Use Only.

| | | | | | |
|---|---|---|---|---|---|
| | 01/31/2004 | 02/06/2004 | 30.54 | $183.24 | $151.30 |
| | 01/24/2004 | 01/30/2004 | 26.38 | $158.28 | $132.06 |
| | 01/17/2004 | 01/23/2004 | 27.97 | $167.82 | $139.41 |
| | 01/10/2004 | 01/16/2004 | 40.09 | $240.81 | $192.55 |
| | 01/03/2004 | 01/09/2004 | 6.70 | $40.20 | $37.13 |
| | 12/20/2003 | 12/26/2003 | 18.71 | $112.26 | $96.08 |
| | 12/13/2003 | 12/19/2003 | 30.80 | $184.80 | $152.50 |
| | 12/06/2003 | 12/12/2003 | 26.67 | $160.02 | $133.39 |
| | 11/29/2003 | 12/05/2003 | 17.26 | $103.56 | $89.18 |
| | 11/22/2003 | 11/28/2003 | 31.90 | $191.40 | $157.29 |
| | 11/15/2003 | 11/21/2003 | 28.55 | $171.30 | $142.11 |
| | 11/08/2003 | 11/14/2003 | 36.40 | $218.40 | $176.56 |
| | 11/01/2003 | 11/07/2003 | 34.66 | $207.96 | $169.11 |
| | 10/25/2003 | 10/31/2003 | 19.96 | $119.76 | $101.99 |
| | 10/18/2003 | 10/24/2003 | 32.43 | $194.58 | $159.57 |
| | 10/11/2003 | 10/17/2003 | 20.95 | $125.70 | $116.09 |
| | 10/04/2003 | 10/10/2003 | 16.95 | $101.70 | $93.92 |
| | 09/27/2003 | 10/03/2003 | 20.64 | $123.84 | $114.36 |
| | 09/20/2003 | 09/26/2003 | 26.34 | $158.04 | |

Unofficial Report Employee Personal Use Only.

**Pay Period Income Detail - 08/05/2008**

| | |
|---|---|
| Total Gross Earnings | $167.41 |
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - 08/05/2008

| | |
|---|---|
| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 26.00 |

| | |
|---|---|
| **Pay Cycle** | Weekly |
| **Payroll Deduction for All Insurance Coverage** | |

## Medical Insurance

| | |
|---|---|
| **Insurance Available** | No |
| **Employee Eligible** | |
| **Reason for Ineligibility** | Employment Position Ineligible |
| **Employee Enrolled** | |
| **Coverage Start Date** | |
| **Coverage Termination Date** | |
| **Carrier Name** | |
| **Carrier Address** | |
| **Carrier Phone Number** | |
| **Carrier Policy Number** | |
| **Group Number** | |
| **Coverage Level** | |
| **Annual Cost** | $ 0.0 |
| **Dependent Coverage Available** | |
| **Per Pay Period Cost to Add Dependent** | |
| **Number of Dependents Covered** | |
| **Participating in COBRA** | |
| **Next Open Enrollment Date** | 11/01/2004 |
| **Dependents** | |

Unofficial Report Employee Personal Use Only

## Dental Insurance

| | |
|---|---|
| Insurance Available | No |
| Employee Eligible | |
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

## Vision Insurance

| | |
|---|---|
| Insurance Available | No |
| Employee Eligible | |
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

Unofficial Report Employee Personal Use Only.

## Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

**Section 10**

## Employer Information for Adecco USA

### Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS L JORDAN |
| Date of Birth | |
| SSN | [redacted]0795 |
| Employee Address | 1435 LAFAYETTE SQUARE , MCDONOUGH , GA , 30252 |
| Employee Phone Number | |

Unofficial Report Employee Personal Use Only

### Employer Information

| | |
|---|---|
| Employer Name | Adecco USA |
| Employment Status | No Longer Employed |
| Information Current as of | 07/02/2010 |
| Employer Code | 10265 |
| Employer Address | 4800 Deerwood Campus Parkway , Building 800 , Jacksonville , FL , 32246 |
| Job Title | ASSOCIATE EMPLOYEE |
| Total Time with Employer | |
| FEIN | 943286700 |
| Division | 5191 |

| | |
|---|---|
| Work Location (Job Site) | |
| Union Affiliation | |
| Rate of Pay | |
| Average Hours per Pay Period | 20.00 |
| Original Hire Date | |
| Most Recent Start Date | 10/12/2009 |
| Date of Termination | 07/08/2010 |
| Reason for Termination | |

## Yearly Income Summary

| | 2010 | 2009 |
|---|---|---|
| Base Pay | $6673.24 | $2885.92 |
| Overtime | $206.27 | $45.32 |
| Commission | | |
| Bonuses | | |
| Other | | |
| Holiday | | |
| Pension | | |
| Shift Differential | | |
| Severance | | |

Unofficial Report Employee Personal Use Only.

| | | |
|---|---|---|
| **Stock(Vested)** | | |
| **Sick** | | |
| **Vacation** | | |
| **Tips** | | |
| **Total Pay** | $6879.51 | $2931.24 |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 07/04/2010 | 07/08/2010 | 10.00 | $98.50 | |
| | 07/01/2010 | 07/02/2010 | 20.00 | $194.90 | |
| | 05/16/2010 | 05/20/2010 | 29.00 | $291.20 | |
| | 05/09/2010 | 05/13/2010 | 32.00 | $322.70 | |
| | 05/02/2010 | 05/06/2010 | 24.00 | $239.70 | |
| | 04/25/2010 | 04/29/2010 | 22.00 | $222.70 | |
| | 04/18/2010 | 04/22/2010 | 39.00 | $389.20 | |
| | 04/11/2010 | 04/15/2010 | 40.00 | $398.00 | |
| | 04/04/2010 | 04/08/2010 | 42.00 | $431.80 | |
| | 03/28/2010 | 04/01/2010 | 43.00 | $441.25 | |
| | 03/21/2010 | 03/25/2010 | 34.00 | $339.50 | |
| | 03/14/2010 | 03/18/2010 | 40.00 | $398.20 | |
| | 03/10/2010 | 03/11/2010 | | $22.62 | |

Unofficial Report Employee Personal Use Only

| | | | | |
|---|---|---|---|---|
| | 03/07/2010 | 03/11/2010 | 45.00 | $475.45 |
| | 02/28/2010 | 03/04/2010 | 40.00 | $397.00 |
| | 02/21/2010 | 02/25/2010 | 44.00 | $429.88 |
| | 02/14/2010 | 02/18/2010 | 35.00 | $332.98 |
| | 02/07/2010 | 02/11/2010 | 40.00 | $385.27 |
| | 01/31/2010 | 02/04/2010 | 33.00 | $316.64 |
| | 01/24/2010 | 01/28/2010 | 40.00 | $379.81 |
| | 01/17/2010 | 01/21/2010 | 39.00 | $372.21 |
| | 12/27/2009 | 12/31/2009 | 1.00 | $11.88 |
| | 12/20/2009 | 12/24/2009 | 0.00 | $3.14 |
| | 12/13/2009 | 12/17/2009 | 30.00 | $286.90 |
| | 12/06/2009 | 12/10/2009 | 41.00 | $396.82 |
| | 11/29/2009 | 12/03/2009 | 40.00 | $380.00 |
| | 11/22/2009 | 11/26/2009 | 40.00 | $380.00 |
| | 11/15/2009 | 11/19/2009 | 42.00 | $408.50 |
| | 11/08/2009 | 11/12/2009 | 30.00 | $285.00 |
| | 11/01/2009 | 11/05/2009 | 40.00 | $380.00 |
| | 10/25/2009 | 10/29/2009 | 40.00 | $380.00 |
| | 10/18/2009 | 10/22/2009 | 2.00 | $19.00 |

Unofficial Report Employee Personal Use Only.

**Pay Period Income Detail - 07/04/2010**

| | |
|---|---|
| **Total Gross Earnings** | $98.50 |
| **Pension** | |
| **Other Income** | |

### Pay Period Withholding Detail - 07/04/2010

| | |
|---|---|
| **Federal Tax** | |
| **State Tax** | |
| **Local Tax** | |
| **Social Security** | |
| **Medicare** | |
| **Retirement/401k** | |
| **Cafeteria Plan** | |
| **Garnishments** | |
| **Other Withholding** | |

Unofficial Report Employee Personal Use Only.

### Pay Increase Information

| | |
|---|---|
| **Next Projected Date of Pay Increase** | |
| **Next Projected Amount of Pay Increase** | |
| **Last Date of Pay Increase** | |
| **Last Amount of Pay Increase** | |

### Income & Deductions

| | |
|---|---|
| **Average Hours Per Pay Period** | 20.00 |

| |
|---|
| **Pay Cycle** |
| **Payroll Deduction for All Insurance Coverage** |

### Workers' Compensation

| |
|---|
| **Receiving Workers' Compensation** |
| **Carrier** |
| **Date of Injury** |
| **Date of Award** |
| **Claim Number** |
| **Claim Pending** |

Unofficial Report for Employee Personal Use Only.

## Employer Level Disclaimer

**VOI:** Please note, as a temporary employment agency status may remain active even though the employee is not currently assigned and therefore not receiving wages. Also note that as a temporary employment agency, all workers job titles will reflect as Associate Employee. If the most current pay period is within the past two months, please fax your garnishment order to: 1-800-577-9508.

**SSV:** Please note, as a temporary employment agency status may remain active even though the employee is not currently assigned and therefore not receiving wages. Also note that as a temporary employment agency, all workers job titles will reflect as Associate Employee. If the most current pay period is within the past two months, please fax your garnishment order to: 1-800-577-9508.

**VOE:** Please note, as a temporary employment agency status may remain active even though the employee is not currently assigned and therefore not receiving wages. Also note that as a temporary employment agency, all workers job titles will reflect as Associate Employee. If the most current pay period is within the past two months, please fax your garnishment order to: 1-800-577-9508.

**Section 11**

## Employer Information for Darden Restaurants, Inc.

## Employee Information

| | |
|---|---|
| Employee Name | Octavious L Jordan |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]795 |
| Employee Address | 1435 Lafayette Square , Mcdonough , GA , 30252 |
| Employee Phone Number | |

## Employer Information

| | |
|---|---|
| Employer Name | Darden Restaurants, Inc. |
| Employment Status | No Longer Employed |
| Information Current as of | 09/09/2005 |
| Employer Code | 11533 |
| Employer Address | 1000 Darden Center Drive , Orlando , FL , 32837 |
| Job Title | Line |
| Total Time with Employer | |
| FEIN | 581498312 |
| Division | RLUSA |
| Work Location (Job Site) | 1846 Jonesboro Road , Mcdonough , GA , 30253 |
| Union Affiliation | |
| Rate of Pay | |

Unofficial Report Employee Personal Use Only.

## Employee Information

| | |
|---|---|
| **Employee Name** | Octavious L Jordan |
| **Date of Birth** | 11/01/1984 |
| **SSN** | 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 |
| **Employee Address** | 1435 Lafayette Square , Mcdonough , GA , 30252 |
| **Employee Phone Number** | |

## Employer Information

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| **Employer Name** | Darden Restaurants, Inc. |
| **Employment Status** | No Longer Employed |
| **Information Current as of** | 09/09/2005 |
| **Employer Code** | 11533 |
| **Employer Address** | 1000 Darden Center Drive , Orlando , FL , 32837 |
| **Job Title** | Line |
| **Total Time with Employer** | |
| **FEIN** | 581498312 |
| **Division** | RLUSA |
| **Work Location (Job Site)** | 1846 Jonesboro Road , Mcdonough , GA , 30253 |
| **Union Affiliation** | |
| **Rate of Pay** | |

| | |
|---|---|
| **Average Hours per Pay Period** | 16.00 |
| **Original Hire Date** | 05/03/2005 |
| **Most Recent Start Date** | 05/03/2005 |
| **Date of Termination** | 09/06/2005 |
| **Reason for Termination** | |

## Yearly Income Summary

| | 2005 |
|---|---|
| **Base Pay** | $2285.31 |
| **Overtime** | |
| **Commission** | |
| **Bonuses** | |
| **Other** | |
| **Holiday** | |
| **Pension** | |
| **Shift Differential** | |
| **Severance** | |
| **Stock(Vested)** | |
| **Sick** | |
| **Vacation** | |
| | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Tips | |
| Total Pay | $2285.31 |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 08/28/2005 | 09/02/2005 | 3.10 | $24.80 | $22.90 |
| | 08/21/2005 | 08/26/2005 | 11.90 | $95.36 | $82.66 |
| | 08/07/2005 | 08/12/2005 | 13.50 | $107.84 | $92.58 |
| | 07/31/2005 | 08/05/2005 | 11.30 | $90.16 | $78.54 |
| | 07/24/2005 | 07/29/2005 | 11.50 | $91.76 | $79.81 |
| | 07/17/2005 | 07/22/2005 | 14.50 | $115.84 | $98.91 |
| | 07/10/2005 | 07/15/2005 | 18.80 | $150.24 | $125.83 |
| | 07/03/2005 | 07/08/2005 | 25.50 | $203.60 | $166.10 |
| | 06/26/2005 | 07/01/2005 | 16.30 | $130.24 | $110.20 |
| | 06/19/2005 | 06/24/2005 | 22.30 | $167.48 | $139.18 |
| | 06/12/2005 | 06/17/2005 | 18.10 | $135.90 | $114.63 |
| | 06/05/2005 | 06/10/2005 | 23.20 | $173.78 | $144.04 |
| | 05/29/2005 | 06/03/2005 | 14.70 | $110.26 | $94.50 |
| | 05/22/2005 | 05/27/2005 | 30.00 | $224.93 | $181.31 |
| | 05/15/2005 | 05/20/2005 | 20.90 | $157.05 | $131.10 |
| | 05/08/2005 | 05/13/2005 | 25.60 | $192.23 | $157.97 |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - 08/28/2005

| | |
|---|---|
| **Total Gross Earnings** | $24.80 |
| **Pension** | |
| **Other Income** | $0.00 |

## Pay Period Withholding Detail - 08/28/2005

| | |
|---|---|
| **Federal Tax** | $0.00 |
| **State Tax** | $0.00 |
| **Local Tax** | $0.00 |
| **Social Security** | $1.54 |
| **Medicare** | $0.36 |
| **Retirement/401k** | $0.00 |
| **Cafeteria Plan** | $0.00 |
| **Garnishments** | $0.00 |
| **Other Withholding** | $0.00 |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| | |
|---|---|
| **Next Projected Date of Pay Increase** | |
| **Next Projected Amount of Pay Increase** | |
| **Last Date of Pay Increase** | |
| **Last Amount of Pay Increase** | |

## Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 16.00 |
| Pay Cycle | Weekly |
| Payroll Deduction for All Insurance Coverage | |

## Medical Insurance

| | |
|---|---|
| Insurance Available | No |
| Employee Eligible | |
| Reason for Ineligibility | Not Applicable |
| Employee Enrolled | |
| Coverage Start Date | |
| Coverage Termination Date | |
| Carrier Name | |
| Carrier Address | |
| Carrier Phone Number | |
| Carrier Policy Number | |
| Group Number | |
| Coverage Level | |
| Annual Cost | $ |
| Dependent Coverage Available | |
| Per Pay Period Cost to Add Dependent | |
| Number of Dependents Covered | 0 |
| Participating in COBRA | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| **Next Open Enrollment Date** | |
| **Dependents** | |

## Dental Insurance

| | |
|---|---|
| **Insurance Available** | No |
| **Employee Eligible** | |
| **Employee Enrolled** | |
| **Carrier Name** | |
| **Carrier Phone Number** | |
| **Carrier Policy Number** | |

Unofficial Report Employee Personal Use Only.

## Vision Insurance

| | |
|---|---|
| **Insurance Available** | |
| **Employee Eligible** | |
| **Employee Enrolled** | |
| **Carrier Name** | |
| **Carrier Phone Number** | |
| **Carrier Policy Number** | |

## Workers' Compensation

| | |
|---|---|
| **Receiving Workers' Compensation** | |
| **Carrier** | |
| **Date of Injury** | |

| | |
|---|---|
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | |

# Employer Level Disclaimer

**SSV:**

**?If your employee worked for RUTH'S HOSPITALITY GROUP INC. prior to 12/25/23, you can find historical wages under employer code 21817. **

Darden Restaurants, Inc. is a Florida corporation and is the parent company of GMRI, Inc. GMRI, Inc. and its subsidiaries own and operate restaurants in the United States and Canada doing business under the brand names Olive Garden, LongHorn Steakhouse, Cheddar's Scratch Kitchen, Yard House, Bahama Breeze, The Capital Grille, Seasons 52, Eddie V's, and Wildfish Seafood Grille.

Employees that have been rehired will have a most recent hire date different than the original hire date. Managers in California (excluding General Managers) are paid hourly. Overtime hours, whether paid at 1.5 times or 2 times the regular rate of pay, are broken out separately on an employee's pay stub.

Garnishment

Please send all garnishment requests to: Darden Corporation, ATTN: Payroll Garnishments, 1000 Darden Center Drive, Orlando, FL 32837 or PO Box 695018, Orlando, FL 32869-5018.

Bonus

The Bonus Plan will continue as long as it supports Darden's business plan and is appropriate for the company's strategic growth objectives. However, as with any of our incentive programs, it is subject to change or termination at the sole discretion of the company. There will be an annual re-evaluation of the actual payout percentages to assess if the projected bonus payments are still delivering at targeted busiens plan level of performance.

If your employee worked for Cheddar's Casual Café, Inc. prior to 12/25/17, you can find historical wages under employer code 15525.

As of January 2019, the Commission field is being used to report employee tips

Unofficial Report Employer Personal Use Only.

**VOE:**

** If your employee worked for RUTH'S HOSPITALITY GROUP INC. prior to 12/25/23, you can find historical wages under employer code 21817. **

Darden Restaurants, Inc. is a Florida corporation and is the parent company of GMRI, Inc. GMRI, Inc. and its subsidiaries own and operate restaurants in the United States and Canada doing business under the brand names Olive Garden, LongHorn Steakhouse, Cheddar's Scratch Kitchen, Yard House, Bahama Breeze, The Capital Grille, Seasons 52, Eddie V's, and Wildfish Seafood Grille.

Employees that have been rehired will have a most recent hire date different than the original hire date. Managers in California (excluding General Managers) are paid hourly. Overtime hours, whether paid at 1.5 times or 2 times the regular rate of pay, are broken out separately on an employee's pay stub.

Garnishment

Please send all garnishment requests to: Darden Corporation, ATTN: Payroll Garnishments, 1000 Darden Center Drive, Orlando, FL 32837 or PO Box 695018, Orlando, FL 32869-5018.

Bonus

The Bonus Plan will continue as long as it supports Darden's business plan and is appropriate for the company's strategic growth objectives. However, as with any of our incentive programs, it is subject to change or termination at the sole discretion of the company. There will be an annual re-evaluation of the actual payout percentages to assess if the projected bonus payments are still delivering at targeted busiens plan level of performance.

If your employee worked for Cheddar's Casual Cafe, Inc. prior to 12/25/17, you can find historical wages under employer code 15525.

As of January 2019, the Commission field is being used to report employee tips

**VOI:**

** If your employee worked for RUTH'S HOSPITALITY GROUP INC. prior to 12/25/23, you can find historical wages under employer code 21817.**

Darden Restaurants, Inc. is a Florida corporation and is the parent company of GMRI, Inc. GMRI, Inc. and its subsidiaries own and operate restaurants in the United States and Canada doing business under the brand names Olive Garden, LongHorn Steakhouse, Cheddar's Scratch Kitchen, Yard House, Bahama Breeze, The Capital Grille, Seasons 52, Eddie V's, and Wildfish Seafood Grille.

Employees that have been rehired will have a most recent hire date different than the original hire date. Managers in California (excluding General Managers) are paid hourly. Overtime hours, whether paid at 1.5 times or 2 times the regular rate of pay, are broken out separately on an employee's pay stub.

Garnishment

Please send all garnishment requests to: Darden Corporation, ATTN: Payroll Garnishments. 1000 Darden Center Drive, Orlando, FL 32837 or PO Box 695018, Orlando, FL 32869-5018.

Bonus

The Bonus Plan will continue as long as it supports Darden's business plan and is appropriate for the company's strategic growth objectives. However, as with any of our incentive programs, it is subject to change or termination at the sole discretion of the company. There will be an annual re-evaluation of the actual payout percentages to assess if the projected bonus payments are still delivering at targeted busienss plan level of performance.

If your employee worked for Cheddar's Casual Cafe, Inc. prior to 12/25/17, you can find historical wages under employer code 15525.

As of January 2019, the Commission field is being used to report employee tips

Unofficial Report Employee Personal Use Only

**Section 12**

## Employer Information for SFN Group, Inc. - Spherion Staffing LLC

### Employee Information

| | |
|---|---|
| **Employee Name** | OCTAVIOUS L JORDAN |
| **Date of Birth** | |
| **SSN** | [redacted]0795 |
| **Employee Address** | 1435 LAFAYETTE SQUARE , MCDONOUGH , GA , 30252 |
| **Employee Phone Number** | |

If your employee worked for Cheddar's Casual Cafe, Inc. prior to 12/25/17, you can find historical wages under employer code 15525.

As of January 2019, the Commission field is being used to report employee tips

**VOI:**

** If your employee worked for RUTH'S HOSPITALITY GROUP INC. prior to 12/25/23, you can find historical wages under employer code 21817. **

Darden Restaurants, Inc. is a Florida corporation and is the parent company of GMRI, Inc. GMRI, Inc. and its subsidiaries own and operate restaurants in the United States and Canada doing business under the brand names Olive Garden, LongHorn Steakhouse, Cheddar's Scratch Kitchen, Yard House, Bahama Breeze, The Capital Grille, Seasons 52, Eddie V's, and Wildfish Seafood Grille.

Employees that have been rehired will have a most recent hire date different than the original hire date. Managers in California (excluding General Managers) are paid hourly. Overtime hours, whether paid at 1.5 times or 2 times the regular rate of pay, are broken out separately on an employee's pay stub.

Garnishment

Please send all garnishment requests to: Darden Corporation, ATTN: Payroll Garnishments, 1000 Darden Center Drive, Orlando, FL 32837 or PO Box 695018, Orlando, FL 32869-5018.

Bonus

The Bonus Plan will continue as long as it supports Darden's business plan and is appropriate for the company's strategic growth objectives. However, as with any of our incentive programs, it is subject to change or termination at the sole discretion of the company. There will be an annual re-evaluation of the actual payout percentages to assess if the projected bonus payments are still delivering at targeted busienss plan level of performance.

If your employee worked for Cheddar's Casual Cafe, Inc. prior to 12/25/17, you can find historical wages under employer code 15525.

As of January 2019, the Commission field is being used to report employee tips

Unofficial Report Employee Personal Use Only.

**Section 12**

## Employer Information for SFN Group, Inc. - Spherion Staffing LLC

### Employee Information

| | |
|---|---|
| **Employee Name** | OCTAVIOUS L JORDAN |
| **Date of Birth** | |
| **SSN** | 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 |
| **Employee Address** | 1435 LAFAYETTE SQUARE , MCDONOUGH , GA , 30252 |
| **Employee Phone Number** | |

## Employer Information

| | |
|---|---|
| Employer Name | SFN Group, Inc. - Spherion Staffing LLC |
| Employment Status | Inactive |
| Information Current as of | 08/20/2010 |
| Employer Code | 13515 |
| Employer Address | One Overton Park , 3625 Cumberland Blvd Suite 500 , Atlanta , GA , 30339 |
| Job Title | WAREHOUSE WORKER |
| Total Time with Employer | |
| FEIN | 263591209 |
| Division | |
| Work Location (Job Site) | |
| Union Affiliation | |
| Rate of Pay | |
| Average Hours per Pay Period | |
| Original Hire Date | |
| Most Recent Start Date | 07/07/2010 |
| Date of Termination | 07/07/2010 |
| Reason for Termination | |

Unofficial Report Employee Personal Use Only.

## Pay Period Income Detail - null

| |
|---|
| Total Gross Earnings |
| Pension |
| Other Income |

## Pay Period Withholding Detail - null

## Pay Increase Information

| |
|---|
| Next Projected Date of Pay Increase |
| Next Projected Amount of Pay Increase |
| Last Date of Pay Increase |
| Last Amount of Pay Increase |

Unofficial Report Employee Personal Use Only.

## Income & Deductions

| |
|---|
| Average Hours Per Pay Period |
| Pay Cycle |
| Payroll Deduction for All Insurance Coverage |

## Workers' Compensation

| |
|---|
| Receiving Workers' Compensation |
| Carrier |
| Date of Injury |
| Date of Award |
| Claim Number |

Claim Pending

## Employer Level Disclaimer

**SSV:** ******SPECIAL INFORMATION ABOUT THIS EMPLOYER If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 26-3591209, which this employer has identified as the corporate level FEIN associated with their account.

**VOE:** ******SPECIAL INFORMATION ABOUT THIS EMPLOYER If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 26-3591209, which this employer has identified as the corporate level FEIN associated with their account.

**Section 13**

## Employer Information for Costco Wholesale Corporation

### Employee Information

| | |
|---|---|
| **Employee Name** | OCTAVIOUS L JORDAN |
| **Date of Birth** | [redacted]1984 |
| **SSN** | [redacted]0795 |
| **Employee Address** | 1435 LAFAYETTE SQUARE , MCDONOUGH , GA , 30252 |
| **Employee Phone Number** | (678) 432-0162 |

Unofficial Report Employee Personal Use Only.

### Employer Information

| | |
|---|---|
| **Employer Name** | Costco Wholesale Corporation |
| **Employment Status** | Inactive |
| **Information Current as of** | 03/31/2006 |
| **Employer Code** | 10203 |
| **Employer Address** | 999 Lake Drive , Issaquah , WA , 98027-8990 |
| **Job Title** | SORTER |

Claim Pending

## Employer Level Disclaimer

**SSV:** ******SPECIAL INFORMATION ABOUT THIS EMPLOYER If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 26-3591209, which this employer has identified as the corporate level FEIN associated with their account.

**VOE:** ******SPECIAL INFORMATION ABOUT THIS EMPLOYER If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 26-3591209, which this employer has identified as the corporate level FEIN associated with their account.

**Section 13**

## Employer Information for Costco Wholesale Corporation

### Employee Information

| | |
|---|---|
| **Employee Name** | OCTAVIOUS L JORDAN |
| **Date of Birth** | 11/01/1984 |
| **SSN** | 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 |
| **Employee Address** | 1435 LAFAYETTE SQUARE , MCDONOUGH , GA , 30252 |
| **Employee Phone Number** | (678) 432-0162 |

Unofficial Report Employee Personal Use Only.

### Employer Information

| | |
|---|---|
| **Employer Name** | Costco Wholesale Corporation |
| **Employment Status** | Inactive |
| **Information Current as of** | 03/31/2006 |
| **Employer Code** | 10203 |
| **Employer Address** | 999 Lake Drive , Issaquah , WA , 98027-8990 |
| **Job Title** | SORTER |

| | |
|---|---|
| **Total Time with Employer** | |
| **FEIN** | 911223280 |
| **Division** | |
| **Work Location (Job Site)** | |
| **Union Affiliation** | |
| **Rate of Pay** | $11.00 Hourly |
| **Average Hours per Pay Period** | |
| **Original Hire Date** | 08/30/2005 |
| **Most Recent Start Date** | 08/30/2005 |
| **Date of Termination** | 03/27/2006 |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2006 | 2005 |
|---|---|---|
| **Base Pay** | $4289.67 | $5047.95 |
| **Overtime** | $214.50 | $76.29 |
| **Commission** | $0.00 | $0.00 |
| **Bonuses** | $0.00 | $0.00 |
| **Other** | $0.00 | $0.00 |
| **Holiday** | | |

| | | |
|---|---|---|
| **Pension** | | |
| **Shift Differential** | | |
| **Severance** | | |
| **Stock(Vested)** | | |
| **Sick** | | |
| **Vacation** | | |
| **Tips** | | |
| **Total Pay** | $4504.17 | $5124.24 |

Unofficial Report-Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| | 03/26/2006 | 03/24/2006 | 50.27 | $552.97 | $423.48 |
| | 03/12/2006 | 03/17/2006 | 64.61 | $685.08 | $492.02 |
| | 02/26/2006 | 03/03/2006 | 61.65 | $594.77 | $431.19 |
| | 02/12/2006 | 02/17/2006 | 57.15 | $551.65 | $413.59 |
| | 01/29/2006 | 02/03/2006 | 66.72 | $695.75 | $510.62 |
| | 01/15/2006 | 01/20/2006 | 56.71 | $662.31 | $489.99 |
| | 12/18/2005 | 12/23/2005 | 59.74 | $561.11 | $487.99 |
| | 12/04/2005 | 12/09/2005 | 65.57 | $702.35 | $607.70 |
| | 11/20/2005 | 11/25/2005 | 73.31 | $722.64 | $636.61 |

| | | | | | |
|---|---|---|---|---|---|
| | 10/23/2005 | 10/28/2005 | 54.42 | $556.26 | $492.96 |
| | 10/09/2005 | 10/14/2005 | 56.99 | $584.16 | $517.04 |
| | 09/25/2005 | 09/30/2005 | 67.79 | $694.87 | $641.71 |
| | 09/11/2005 | 09/16/2005 | 60.35 | $622.19 | $574.59 |

## Pay Period Income Detail - 03/26/2006

| | |
|---|---|
| **Total Gross Earnings** | $552.97 |
| **Pension** | |
| **Other Income** | |

## Pay Period Withholding Detail - 03/26/2006

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| **Federal Tax** | |
| **State Tax** | |
| **Local Tax** | |
| **Social Security** | |
| **Medicare** | |
| **Retirement/401k** | |
| **Cafeteria Plan** | |
| **Garnishments** | |
| **Other Withholding** | |

## Pay Increase Information

| | |
|---|---|
| **Next Projected Date of Pay Increase** | |

| | |
|---|---|
| **Next Projected Amount of Pay Increase** | |
| **Last Date of Pay Increase** | |
| **Last Amount of Pay Increase** | |

## Income & Deductions

| | |
|---|---|
| **Average Hours Per Pay Period** | |
| **Pay Cycle** | Bi-weekly |
| **Payroll Deduction for All Insurance Coverage** | |

## Medical Insurance

| | |
|---|---|
| **Insurance Available** | |
| **Employee Eligible** | |
| **Reason for Ineligibility** | Not Applicable |
| **Employee Enrolled** | |
| **Coverage Start Date** | |
| **Coverage Termination Date** | |
| **Carrier Name** | |
| **Carrier Address** | |
| **Carrier Phone Number** | |
| **Carrier Policy Number** | |
| **Group Number** | |
| **Coverage Level** | |
| **Annual Cost** | $ |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Dependent Coverage Available | |
| Per Pay Period Cost to Add Dependent | |
| Number of Dependents Covered | |
| Participating in COBRA | |
| Next Open Enrollment Date | |
| Dependents | |

## Dental Insurance

| | |
|---|---|
| Insurance Available | |
| Employee Eligible | |
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

Unofficial Report Employee Personal Use Only.

## Vision Insurance

| | |
|---|---|
| Insurance Available | |
| Employee Eligible | |
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

### Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

**Section 14**

## Employer Information for ALLY WASTE SERVICES LLC

**Source:** PAYLOCITY

Unofficial Report Employee Personal Use Only

### Employee Information

| | |
|---|---|
| Employee Name | Octavious L Jordan |
| Date of Birth | [redacted]1984 |
| SSN | [redacted]0795 |
| Employee Address | 1435 Lafayette Sq , McDonough , GA , 30252-8686 |
| Employee Phone Number | |

### Employer Information

| | |
|---|---|
| Employer Name | ALLY WASTE SERVICES LLC |
| Employment Status | Active |

### Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

**Section 14**

## Employer Information for ALLY WASTE SERVICES LLC

Unofficial Report Employee Personal Use Only.

**Source:** PAYLOCITY

### Employee Information

| | |
|---|---|
| Employee Name | Octavious L Jordan |
| Date of Birth | 11/01/1984 |
| SSN | 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 |
| Employee Address | 1435 Lafayette Sq , McDonough , GA , 30252-8686 |
| Employee Phone Number | |

### Employer Information

| | |
|---|---|
| Employer Name | ALLY WASTE SERVICES LLC |
| Employment Status | Active |

| | |
|---|---|
| **Information Current as of** | 10/10/2025 |
| **Employer Code** | 21533928 |
| **Employer Address** | 325 S Higley RD , NBR 120 , Gilbert , AZ , 85296 |
| **Job Title** | Trash Valet |
| **Total Time with Employer** | |
| **FEIN** | 814334975 |
| **Division** | |
| **Work Location (Job Site)** | 6010 Renaissance Parkway , Fairburn , GA , 30213 |
| **Union Affiliation** | |
| **Rate of Pay** | $0.00 Hourly |
| **Average Hours per Pay Period** | 0.00 |
| **Original Hire Date** | 03/28/2025 |
| **Most Recent Start Date** | 03/28/2025 |
| **Date of Termination** | |
| **Reason for Termination** | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2025 |
|---|---|
| **Base Pay** | $1225.00 |
| **Overtime** | |
| **Commission** | $4800.00 |

| | |
|---|---|
| **Bonuses** | |
| **Other** | $10.00 |
| **Holiday** | |
| **Pension** | |
| **Shift Differential** | |
| **Severance** | |
| **Stock(Vested)** | |
| **Sick** | |
| **Vacation** | |
| **Tips** | |
| **Total Pay** | $6035.00 |

Unofficial Report Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 09/26/2025 | 10/02/2025 | 10/10/2025 | 3.00 | $165.00 | $152.38 |
| 09/12/2025 | 09/18/2025 | 09/26/2025 | 4.00 | $220.00 | $203.17 |
| 09/05/2025 | 09/11/2025 | 09/19/2025 | 5.00 | $285.00 | $263.20 |
| 08/29/2025 | 09/04/2025 | 09/12/2025 | 5.00 | $275.00 | $253.96 |
| 08/22/2025 | 08/28/2025 | 09/05/2025 | 6.00 | $330.00 | $304.79 |
| 08/15/2025 | 08/21/2025 | 08/29/2025 | 4.00 | $220.00 | $178.17 |

| | | | | | |
|---|---|---|---|---|---|
| 08/08/2025 | 08/14/2025 | 08/22/2025 | 5.00 | $275.00 | $253.96 |
| 08/01/2025 | 08/07/2025 | 08/15/2025 | 5.00 | $275.00 | $253.96 |
| 07/25/2025 | 07/31/2025 | 08/08/2025 | 4.00 | $220.00 | $203.17 |
| 07/18/2025 | 07/24/2025 | 08/01/2025 | 5.00 | $275.00 | $253.96 |
| 07/11/2025 | 07/17/2025 | 07/25/2025 | 6.00 | $325.00 | $300.14 |
| 07/04/2025 | 07/10/2025 | 07/18/2025 | 5.00 | $275.00 | $253.96 |
| 06/27/2025 | 07/03/2025 | 07/11/2025 | 4.00 | $220.00 | $71.11 |
| 06/20/2025 | 06/26/2025 | 07/03/2025 | 5.00 | $285.00 | $114.42 |
| 06/13/2025 | 06/19/2025 | 06/27/2025 | 2.00 | $100.00 | $32.32 |
| 06/06/2025 | 06/12/2025 | 06/20/2025 | 3.00 | $145.00 | $46.87 |
| 05/30/2025 | 06/05/2025 | 06/13/2025 | 5.00 | $240.00 | $77.57 |
| 05/23/2025 | 05/29/2025 | 06/06/2025 | 4.00 | $190.00 | $61.41 |
| 05/09/2025 | 05/15/2025 | 05/23/2025 | 4.00 | $190.00 | $175.46 |
| 05/02/2025 | 05/08/2025 | 05/16/2025 | 4.00 | $205.00 | $189.32 |
| 04/25/2025 | 05/01/2025 | 05/09/2025 | 2.00 | $95.00 | $87.73 |
| 04/18/2025 | 04/24/2025 | 05/02/2025 | 0.00 | $490.00 | $452.51 |
| 04/11/2025 | 04/17/2025 | 04/25/2025 | 0.00 | $190.00 | $175.46 |
| 03/28/2025 | 04/03/2025 | 04/11/2025 | 0.00 | $355.00 | $327.84 |
| 03/21/2025 | 03/27/2025 | 04/04/2025 | 0.00 | $190.00 | $175.46 |

Unofficial Report Employee Personal Use Only.

**Pay Period Income Detail - 10/02/2025**

| | |
|---|---|
| **Total Gross Earnings** | $165.00 |
| **Pension** | |
| **Other Income** | |

## Pay Period Withholding Detail - 10/02/2025

| | |
|---|---|
| **Federal Tax** | |
| **State Tax** | |
| **Local Tax** | |
| **Social Security** | |
| **Medicare** | |
| **Retirement/401k** | |
| **Cafeteria Plan** | |
| **Garnishments** | |
| **Other Withholding** | |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| | |
|---|---|
| **Next Projected Date of Pay Increase** | |
| **Next Projected Amount of Pay Increase** | |
| **Last Date of Pay Increase** | |
| **Last Amount of Pay Increase** | |

## Income & Deductions

| | |
|---|---|
| **Average Hours Per Pay Period** | 0.00 |

| | |
|---|---|
| **Pay Cycle** | Weekly |
| **Payroll Deduction for All Insurance Coverage** | |

### Workers' Compensation

| | |
|---|---|
| **Receiving Workers' Compensation** | |
| **Carrier** | |
| **Date of Injury** | |
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | |

Unofficial Report Employee Personal Use Only.

## Employer Level Disclaimer

**null:** If an employer began using Paylocity for payroll on or after January 1 of any calendar year, Year-to-Date wages for that year may only include Year-to-Date from that point forward as previous payroll information may or may not have been transferred. When previous payroll information is transferred, a pay amount with the entire Year-to-Date balance will be displayed and will be categorized based on how individual companies structured their previous payroll information. Paylocity is unable to verify and cannot guarantee the accuracy of any information that originated outside of or is based on data that originated outside of Paylocity's payroll systems.

Salaried employees with $0 for rate of pay are employees paid solely on a recurring earnings model and therefore do not have a base rate of pay.

**Section 15**

## Employer Information for CAL-CLEVE LIMITED

**Source:** PAYCOM

## Employee Information

| | |
|---|---|
| Employee Name | OCTAVIOUS JORDAN |
| Date of Birth | [redacted]/1984 |
| SSN | [redacted]0795 |
| Employee Address | 1435 LAFAYETTE SQ , MCDONOUGH , GA , 30252 |
| Employee Phone Number | |

## Employer Information

| | |
|---|---|
| Employer Name | CAL-CLEVE LIMITED |
| Employment Status | Inactive |
| Information Current as of | 11/13/2020 |
| Employer Code | 25236153 |
| Employer Address | PO BOX 8739 , FOUNTAIN VALLEY , CA , 92728 |
| Job Title | LINE HAUL DRIVER |
| Total Time with Employer | |
| FEIN | 953649500 |
| Division | |
| Work Location (Job Site) | |
| Union Affiliation | |
| Rate of Pay | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| **Average Hours per Pay Period** | 0.00 |
| **Original Hire Date** | 10/30/2020 |
| **Most Recent Start Date** | 10/30/2020 |
| **Date of Termination** | 11/12/2020 |
| **Reason for Termination** | |

## Yearly Income Summary

| | 2020 |
|---|---|
| **Base Pay** | $2251.85 |
| **Overtime** | $0.00 |
| **Commission** | $0.00 |
| **Bonuses** | $0.00 |
| **Other** | $0.00 |
| **Holiday** | |
| **Pension** | |
| **Shift Differential** | |
| **Severance** | |
| **Stock(Vested)** | |
| **Sick** | |
| **Vacation** | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Tips | |
| Total Pay | $2251.85 |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 10/31/2020 | 11/06/2020 | 11/13/2020 | 0.00 | $1891.38 | $1695.84 |
| 10/24/2020 | 10/30/2020 | 11/06/2020 | 0.00 | $360.47 | $342.41 |

## Pay Period Income Detail - 11/06/2020

| | |
|---|---|
| Total Gross Earnings | $1891.38 |
| Pension | |
| Other Income | |

Unofficial Report Employee Personal Use Only.

## Pay Period Withholding Detail - 11/06/2020

| | |
|---|---|
| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |
| Garnishments | |

| Other Withholding | |
|---|---|

### Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

### Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 0.00 |
| Pay Cycle | Weekly |
| Payroll Deduction for All Insurance Coverage | |

Unofficial Report Employee Personal Use Only.

### Workers' Compensation

| | |
|---|---|
| Receiving Workers' Compensation | |
| Carrier | |
| Date of Injury | |
| Date of Award | |
| Claim Number | |
| Claim Pending | |

## Employer Level Disclaimer

**null:** Actual hours worked for the most recent pay period will be displayed if an average of hours worked is not available.

Please note, pay rate for employees that receive commission earnings only will display as $0

Unofficial Report Employee Personal Use Only.

## State of Georgia – Notice to Consumers

Equifax Workforce Solutions (EWS) is the provider of The Work Number® and certain other consumer report data solutions. EWS provides consumer report data to credentialed verifiers who have a permissible purpose, as defined by the Fair Credit Reporting Act ("FCRA"). Under the FCRA and/or applicable state law, consumers have several rights including the ability to request a consumer disclosure, dispute their data, and freeze their data.

The terms "consumer report", "credit report" and "credit file" as may be used in this notice may include The Work Number verifications, your Employment Data Report issued by EWS, or other consumer report data and disclosures made available by EWS.The term "consumer reporting agency" or similar terms in this notice may refer to EWS. Please note that The Work Number does not provide traditional credit information, but state law may include the employment and income data provided by The Work Number within its definition of a consumer report or credit report.

### Georgia Consumers Have the Right to Obtain a Security Freeze

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail or by electronic means as provided by a consumer reporting agency. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. If you are actively seeking a new credit, loan, utility, telephone, or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your applications for credit. You should plan ahead and lift a freeze in advance of actually applying for new credit. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a period of time after the freeze is in place.

To provide that authorization you must contact the consumer reporting agency and provide all of the following:

1. (1) The personal identification number or password.
2. (2) Proper identification to verify your identity.
3. (3) The proper information regarding the period of time for which the report shall be available.

A consumer reporting agency must authorize the release of your credit report no later than fifteen (15) minutes after receiving the above information if the request is by electronic means or by telephone, or no later than three business days when a written request is submitted.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance. You have a right to bring civil action against anyone, including a consumer reporting agency, who improperly obtains access to a file, knowingly or willfully misuses file data, or fails to correct inaccurate file data. Unless you are a victim of identity theft with a police report or other official document acceptable to a consumer reporting agency to verify the crimes, or you are 65 or older, a consumer reporting agency has the right to charge you a fee of no more than $3.00 to place a freeze on your credit report.

## How to Freeze Your Report

A security freeze request may be sent via mail to:

Equifax Workforce Solutions
Attn: Employment Data Freeze
3470 Rider Trail South
Earth City, MO 63045

You may also submit a freeze request by:

Email: TWNFreeze@equifax.com
Phone: 1-866-222-5880
TTY-hearing impaired: 1-800-424-0253
Mon–Fri; 9:00 a.m. – 8:00 p.m. ET

We will provide you with confirmation of the placement of your freeze. Please note that although some state laws may allow us to charge a fee, Equifax Workforce Solutions never charges any fees to place or remove a security freeze.

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

# A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

  CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

  **You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

# EXHIBIT C

# TMC'S ADVERSE ACTION LETTER

TMC Transportation
6115 SW Leland Avenue
Des Moines, IA 50321

An Employee-Owned Company

Octavious L Jordan
960 E Paces Ferry Road Ne 1435 Lafayette Square
Mcdonough, GA 30252

September 18, 2025, 3:19 pm
Dear Octavious L Jordan,

We are writing to inform you that, in response to your application, we have decided not to extend you an offer of employment. This decision may have been based, in whole or in part, on information contained in consumer reports we obtained from these consumer reporting agency(s):

Asurint Compliance Dept PO Box 14730
Cleveland, Ohio 44114
Phone: (800) 906-2034
Email: compliance@asurint.com
Web: https://www.asurint.com/candidates

Tenstreet
120 W. 3rd Street Tulsa, OK 74103
Phone: (877) 219-9283
Email: support@tenstreet.com
Web: http://www.tenstreet.com/drivers/

The Work Number
Equifax Workforce Solutions Attn: Dispute
3470 Rider Trail South Earth City, MO 63045 Phone: 1-866-222-5880

Driver Facts
5051 E Orangethorpe Ave, #E265 Anaheim, CA 92807
(888) 844-4730
www.driverfacts.com/privacy-policy

DriverIQ
4500 S 129th E Ave, Suite 127
Tulsa, OK 74134
Phone: (855) 881-0716
Email: Disputes@Cisive.com
Web: https://www.cisive.com/dispute-a-background-report

For Pre-Employment Screening Program (PSP) and Clearinghouse:
U.S. Federal Motor Carrier Safety Administration, of the Department of Transportation, ("FMCSA-DOT")
1200 New Jersey Avenue SE Washington, DC 20590
Phone: (800) 832-5660, TTY (800) 877-8339

https://dataqs.fmcsa.dot.gov/Default.aspx

HireRight, LLC
Attn: Consumers Dept. 14002 E 21st Street Suite 1200
Tulsa, OK 74134
Phone: 866-521-6995
Fax: 918-664-5520
Email: customerservice@hireright.com Web: http://www.hireright.com/applicants

Please be advised these consumer reporting agency(s) only provide reports; they do not make employment decisions nor are they aware of the specific reason(s) we did not extend you an offer of employment. You have a right under the Fair Credit Reporting Act to contact the agency(s) that provided these reports to dispute any information in the report that is inaccurate or incomplete.

A copy of these consumer reports were previously provided to you. You have the right to obtain additional free copies directly from the agency(s) listed above for 60 days from the date you receive this notice.

Sincerely,
TMC Recruiting Department

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need ? usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited ?prescreened? offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-567-8688.

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

  **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

  **You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer?s identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

| | |
|---|---|
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air Carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

| | |
|---|---|
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## MASSACHUSETTS CRIMINAL RECORD INFORMATION POLICY

This Policy applies to the Company?s operations in Massachusetts.

1. Before asking employment applicants and employees about their criminal records, the Company will provide them with copies of the records if the Company is in possession of the records.

2. Before taking an adverse employment action against an employment applicant or employee based, in whole or in part, on criminal history records, the Company will notify the individual of the potential adverse employment decision. The notice will include the criminal history records, the sources of the records, a copy of this Policy and a copy of information from the state agency about the process for correcting a criminal record.

3. The Company will also provide the individual with an opportunity to dispute the accuracy of the criminal history records by waiting at least five business days before taking final adverse action.

Nothing in this Policy is intended to impose any obligations on the Company that are greater than those required by applicable law.

---

## INFORMATION CONCERNING THE PROCESS IN CORRECTING A CRIMINAL RECORD

1. If you have undergone a background check by an agency that has received a criminal record from the DCJIS, you may ask the agency to provide you with a copy of the criminal record. You may also request a copy of your adult criminal record from the Department of Criminal Justice Information Services, 200 Arlington Street, Suite 2200, Chelsea, MA 02150 or by calling (617) 660-4640 or go to http://www.mass.gov/Eeops/docs/cjis/cori_request_personal.pdf.

2. The DCJIS charges $25.00 fee to provide an individual with a copy of his/her criminal record. You may complete an affidavit of indigency and request that the DCJIS waive the fee.

3. Upon receipt, review the record. If you need assistance in interpreting the entries or dispositions, please review the disposition code and ?how to read a criminal record? on the DCJIS website www.mass.gov/cjis/cori/cori_bop.html.

4. The DCJIS does not offer ?walk-in? service but you may call our Legal Division at (617) 660-4760 for assistance or the CARI Unit of the Office of the Commissioner of Probation at (617)727-5300.

5. If you believe that a case is opened on your record that should be marked closed, you may contact the Office of the Commissioner of Probation Department at the court where the charges were brought and request that the case(s) be updated.

6. If you believe that a disposition is incorrect, contact the Chief Probation Officer at the court where the charges were brought or the CARI Unit at the Office of the Commissioner of Probation and report that the court incorrectly entered a disposition on your criminal record.

7. If you believe that someone has stolen or improperly used your identity and were arraigned on criminal charges under your name, you may contact the Office of the Commissioner of Probation CARI Unit or the Chief Probation Officer in the court where the charges were brought. For a listing of courthouses and telephone numbers please see www.mass.gov/cjis/cori/cori_codes_court.html.

8. In some situations of identity theft, you may need to contact the DCJIS to arrange to have fingerprints analysis conducted.

9. If there is a warrant currently outstanding against you, you need to appear at the court and ask that the warrant be recalled. You cannot do this over the telephone.

10. If you believe that an employer, volunteer agency, housing agency or municipality has been provided with a criminal record that does not pertain to you, the agency should contact the CORI Unit for assistance at (617) 660-4640.

# STATE OF MARYLAND
# CONSUMER CREDIT REPORTING AGENCIES ACT
Annotated Code of Maryland
Commercial Law Article
14-1201, ET SEQ.

## Statement of Rights of the Consumer

As a resident of the State of Maryland, you have the following rights as a consumer under the laws of the State of Maryland relating to consumer credit information.

- You have the right to request, in writing, that a consumer reporting agency restrict the sale or other transfer of information in your credit file to:
  1. A mail-service organization;
  2. A marketing firm; or
  3. Any other similar organization that obtains information about a consumer for marketing purposes.

- You have a right, upon request and proper identification, to receive from a consumer reporting agency an exact copy of any consumer file on you, including a written explanation of codes or trade language used in the report.

- You have a right to receive disclosure of information in your consumer file during normal business hours:
  - In person, upon furnishing proper identification. *You may be accompanied by one other person of your choosing, who must furnish reasonable identification, and the consumer reporting agency may require a written statement from you granting permission to discuss your consumer information in this person's presence.*
  - By telephone, if you make written request with proper identification, and toll charges, if any, are charged to you.
  - In writing, if you make written request and furnish proper identification.

- You have a right to dispute the completeness or accuracy of any item of information contained in your consumer file, and if you convey the dispute in writing, the consumer reporting agency will, within 30 days, reinvestigate and record the current status of that information, unless it has reasonable grounds to believe that the dispute is frivolous or irrelevant.

- If, after reinvestigation, the information you disputed is found to be inaccurate or cannot be verified, the consumer reporting agency will delete the information and mail you a written notice of the correction and will also mail to each person to whom erroneous information was furnished written notice of the correction. You will also be sent a written notice if the information you disputed is found to be accurate or is not verified.

  You have 60 days after receiving notice of correction or other findings to request in writing that the consumer reporting agency furnish you with the name, address, telephone number of each creditor contacted during its reinvestigation, and it will provide this information to you within 30 days after receiving your request.

- If the reinvestigation does not resolve your dispute, you may file with the consumer reporting agency a brief statement of not more than 100 words, setting forth the nature of your dispute. This statement will be placed on your consumer file, and in any subsequent report containing the information you dispute, it will be clearly noted that the information has been disputed by you, and your statement or a clear and accurate summary of it will be provided with that report.

  Following deletion of any information you disputed that is found to be inaccurate or could not be verified, at your request, the consumer reporting agency will furnish notification of the information deleted or your statement, or statement summary, to any person you designate who has received your report within the past two years for employment purposes, or within the past one year for any other purpose.

- Under the law, you will not be charged for any of the information requested nor for our handling of the information you dispute, nor for the corrected reports resulting from our handling. Under the law, you may be charged a fee not exceed $5 for a second or subsequent report requested by you during a 12-month period.

  You have a right to file a complaint with the Commissioner of Financial Regulation, State of Maryland, if you have reason to believe that this law or any other law regulating consumer credit reporting has been violated, and the Commissioner will thoroughly inspect and investigate your complaint.

Under the law, effective October 1, 2017, you may not be charged a fee by a consumer reporting agency to place a security freeze on your account if you have not previously requested the placement of a freeze by that same consumer reporting agency.

The name, address, and telephone number of the Commissioner of Financial Regulation is:

Antonio Salazar, Commissioner of Financial Regulation
Maryland Department of Labor, Licensing & Regulation
500 N. Calvert St.
Baltimore, Maryland 21202
(410) 230-6100

NOTICE

You have a right, under section 14-1212.1 of the Commercial Law Article of the Annotated Code of Maryland, to place a security freeze on your credit report. The security freeze will prohibit a consumer reporting agency from releasing your credit report or any information derived from your credit report without your express authorization. The purpose of a security freeze is to prevent credit, loans, and services from being approved in your name without your consent.

You may elect to have a consumer reporting agency place a security freeze on your credit report by written request sent by certified mail, or by electronic mail or the internet if the consumer reporting agency provides a secure electronic connection. The consumer reporting agency must place a security freeze on your credit report within 5 business days after your request is received, or within 3 business days starting July 1, 2008. Within 5 business days after a security freeze is placed on your credit report, you will be provided with a unique personal identification number or password to use if you want to remove the security freeze or temporarily lift the security freeze to release your credit report to a specific person or for a specific period of time. You also will receive information on the procedures for removing or temporarily lifting a security freeze.

If you want to temporarily lift the security freeze on your credit report, you must contact the consumer reporting agency and provide all of the following:

1. the unique personal identification number or password provided by the consumer reporting agency;
2. the proper identifying information to verify your identity; and
3. the proper information regarding the person who is to receive the credit report or the period of time for which the credit report is to be available to users of the credit report.

A consumer reporting agency must comply with a request to temporarily lift a security freeze on a credit report within 3 business days after the request is received, or within 15 minutes starting January 31, 2009, for certain requests. A consumer reporting agency must comply with a request to remove a security freeze on a credit report within 3 business days after the request is received.

If you are actively seeking credit, you should be aware that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a security freeze, either completely if you are seeking credit from a number of sources, or just for a specific creditor if you are applying only to that creditor, a few days before actually applying for new credit.

A consumer reporting agency may charge a reasonable fee not exceeding $5 for each placement, temporary lift, or removal of a security freeze. However, a consumer reporting agency may not charge any fee to a consumer who, at the time of a request to place, temporarily lift, or remove a security freeze, presents to the consumer reporting agency a police report of alleged identity fraud against the consumer or an identity theft passport.

A security freeze does not apply if you have an existing account relationship and a copy of your credit report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control, or similar activities.

# STATE OF NEW HAMPSHIRE
# STATEMENT OF RIGHTS OF THE CONSUMER

As a resident of the State of New Hampshire, you have the following rights as a consumer under the laws of the State of New Hampshire relating to consumer credit information:

After receiving notice of correction or other findings, you have the right to request that the consumer reporting agency furnish you with a description of the procedure used to determine the accuracy and completeness of the information and the name, business address, and telephone number of any furnisher of information contacted in connection with that information.

Following the filing of a brief statement setting forth the nature of the dispute, any change or deletion of information which is found not to be accurate or the accuracy of which can no longer be verified, the consumer reporting agency shall upon consumer request furnish notification to any person specifically designated by the consumer who has within 2 years prior to the filing of the dispute received a consumer report concerning the consumer for employment purposes or within 6 months for any other purpose.

You also have the right to obtain all information required to be disclosed by state or federal law.

**NOTICE TO NEW HAMPSHIRE CONSUMERS**

**Right to Security Freeze on Consumer Credit Report**

You have the right to place a ?security freeze? on your credit report pursuant to RSA 359-B:24. Under New Hampshire Law, what is commonly known as a credit report is referred to as a ?consumer report.? A security freeze will prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization. The security freeze must be requested in writing, by certified mail.

You may obtain a security freeze on your consumer report at no charge if you are a victim of identity theft and you submit a copy of the police report, investigative report, or complaint that you filed with a law enforcement agency about unlawful use of your personal information by another person.

The consumer reporting agency may charge you a fee for the security freeze if you are not a victim of identity theft.

The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gains access to the personal and financial information in your consumer report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale.

When you place a security freeze on you consumer report, within 10 business days you will be provided a personal identification number or password to use if you choose to remove the freeze on your consumer report for a specific party or period of time after the freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide all of the following:

1. The unique personal identification number or password provided by the consumer reporting agency.
2. Proper identification to verify your identity
3. The proper information regarding the third party who will receive the credit report or the period of time for which the report shall be available to users of the credit report.
4. Payment of the applicable fee, if any.

A consumer reporting agency that receives a request from a consumer to lift temporarily a freeze on a consumer report must comply with the request no later than 3 business days after receiving the request.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity with which you have an existing account that requests information in your consumer report for the purposes of reviewing or collecting the accounts, provided the use of your credit report is for a permissible purpose as provided by the federal Fair Credit Reporting Act. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

You have the right to bring a civil action against anyone who violates your rights under the credit reporting laws.

# A Summary of Your Rights
# Under New Jersey's Fair Credit Reporting Act

Under the New Jersey Fair Credit Reporting Act (NJFCRA or the ?Act?), an employer, before taking adverse employment action, is required to provide the applicant or employee with a summary of their rights under the Act with respec to consumer reports or investigative consumer reports obtained for employment purposes from a consumer reporting agency (CRA). This Summary is intended to serve that purpose.

You can find the complete text of the NJCRA, N.J. Stat. §§56:11-29 - 56:11041, at the New Jersey State Legislature's web site (http://www.njleg.state.nj.us/). You may have additional rights under the federal Fair Credit Reporting Act, 15 U.S.C. 1681-1681u, which is available on the Internet at the Federal Trade Commission's web site (http://www.ftc.gov).

- **You must consent to the procurement for employment purposes of a report about you.** Before an employer can obtain a report about you from a CRA, the employer must provide you with notice that it will request the report and obtain your consent to that request. A CRA may not give out information about you to your employer, or prospective employer, without your written consent.

- **You must be told if information in your file has been used against you for employment purposes.** An employer who uses information from a consumer or investigative consumer report to take action against you - such as denying an application for employment or terminating employment - must tell you that its decision is based in whole or in part on the report. The employer also must provide you with a description of your rights under the NJCRA and a reasonable opportunity to dispute with the CRA any information on which the employer relied.

- **You can find out what is in your file.** At your request, a CRA must give you the information in your file and a list of everyone who has recently requested your file. These disclosures may be made in person, over the telephone or by any other reasonable method available to the CRA.

- **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must reinvestigate the disputed items, free of charge, within 30 days, unless the CRA determines that the dispute is frivolous or irrelevant. The CRA must give you a written report of the investigation. If the CRA's investigation does not resolve the dispute; you may add a brief statement to your file. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.

- **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files within 30 days after you dispute it. If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the business name and address.

- **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRAdata violates the NJFCRA, you may sue them in state court.

## NEVADA SUMMARY OF RIGHTS

**For Nevada Residents:**

You have certain rights under Chapter 598C of the Nevada Revised Statutes, a summary of which is included below. You may have additional rights under the federal Fair Credit Reporting Act. "Consumer report" means any communication, written or oral, by a reporting agency regarding the payment history of a particular consumer, including information regarding credit worthiness, credit standing, or credit capacity, which is intended for present or future use in whole or in part to serve as a factor in determining the consumer?s eligibility for credit or insurance to be used primarily for personal, family or household purposes, purposes relating to employment, or any other purpose authorized pursuant to the Fair Credit Reporting Act.

A reporting agency may furnish a consumer report concerning you for an extension of credit which you did not initiate only if the contemplated transaction represents a firm offer of credit to you and you meet specific criteria determined by the user, or you have not requested that your name and address be excluded from any list to be provided for such a purpose.

A person shall not procure a consumer report to resell or disclose the report or the information contained in the report unless the person discloses to the reporting agency which originally furnished the report the identity of the intended ultimate user of the report or information, and the only purposes for which the information will be used.

A reporting agency shall not include medical information in its files.

If a person takes adverse action against you based on a consumer report from a reporting agency, the person shall notify you of the action taken; furnish you with the name and address of the reporting agency; and inform you of your right to obtain a copy of the consumer report from the agency.

Upon receiving your request for disclosure, and information sufficient to identify you, a reporting agency shall clearly and accurately disclose to you the nature and substance of information in its files which relates to you at the time of the request, and disclose the names of the institutional sources of information. If you request, the reporting agency shall provide a readable copy of the consumer report, disclose the name of each person who has received from the reporting agency information concerning you within the preceding 2 years for purposes of employment, promotion, reassignment or retention as an employee; or within the preceding 6 months for any other purpose.

If you dispute the accuracy of the information contained in the files of the reporting agency, the reporting agency shall within 5 business days notify the institutional sources of the information, and as soon as reasonably possible, but no later than 30 days, complete a reinvestigation of the accuracy of the information unless the dispute is determined to be frivolous or irrelevant. If the reporting agency determines the dispute is frivolous or irrelevant, the reporting agency must notify you. If the reporting agency determines that the information is incorrect or cannot be verified, it shall correct its files and notify you. No deleted information shall be reinserted unless: (1) the person furnishing the information uses reasonable procedures to ensure the maximum possible accuracy of the information; and (2) the reporting agency notifies you within 5 business days after the reinsertion and offers you the opportunity to add to your file your own brief statement disputing or adding to the information.

A reporting agency shall periodically purge from its files and after purging shall not disclose bankruptcies whose dates of adjudication precede the report by more than 10 years. A report of adjudication must include, if known, the chapter of Title 11 of the United States Code under which the case arose. Except as otherwise provided by a specific statute, a reporting agency shall also purge any other civil judgment, report of criminal proceedings, or other adverse information which precedes the report by more than 7 years.

You have a right to bring civil action against anyone who willfully or negligently fails to comply with any requirement imposed under the subtitle of Nevada state law outlined above.

**Nevada Consumers Security Freeze Right**

You have a right to place a security freeze in your file which will prohibit a reporting agency from releasing any information in your file without your express authorization. A security freeze must be requested in writing by certified mail. The security freeze is designed to prevent a reporting agency from releasing your consumer report without your consent. However, you should be aware that using a security freeze to take control over who is allowed access to the personal and financial information in your file may delay, interfere with or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular telephone, utilities, digital signature, Internet credit card transaction or other services, including an extension of credit at point of sale. When you place a security freeze in your file, you will be provided a personal identification

number or password to use if you choose to remove the security freeze from your file or to authorize the temporary release of your consumer report for a specific person or period after the security freeze is in place. To provide that authorization, you must contact the reporting agency and provide all the following:

1. Sufficient identification to verify your identity.

2. Your personal identification number or password provided by the reporting agency.

3. A statement that you choose to remove the security freeze from your file or that you authorize the reporting agency to temporarily release your consumer report. If you authorize the temporary release of your consumer report, you must name the person who is to receive your consumer report or the period for which your consumer report must be available.

A reporting agency must remove the security freeze from your file or authorize the temporary release of your consumer report not later than 3 business days after receiving the above information. A security freeze does not apply to certain persons, including a person, or collection agencies acting on behalf of a person, with whom you have an existing account that requests information in your consumer report for the purposes of reviewing or collecting the account.

## (NEW YORK APPLICANTS ONLY)
## ARTICLE 23-A, NEW YORK STATE CORRECTION LAW

**§ 750. Definitions.** For the purposes of this article, the following terms shall have the following meanings:

1. "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission.

2. "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons.

3. "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.

4. "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm.

5. "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that "employment"shall not, for the purposes of this article, include membership in any law enforcement agency.

**§ 751. Applicability.** The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

**§ 752. Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited.** No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individual?s having been previously convicted of one or more criminal offenses, or by reason of a finding of lack of "good moral character"when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

1. there is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or

2. the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

**§ 753. Factors to be considered concerning a previous criminal conviction; presumption.**

1. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors:
   a. The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.

   b. The specific duties and responsibilities necessarily related to the license or employment sought or held by the person.

   c. The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.

   d. The time which has elapsed since the occurrence of the criminal offense or offenses.

e. The age of the person at the time of occurrence of the criminal offense or offenses.

f. The seriousness of the offense or offenses.

g. Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

h. The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

2. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

**§ 754. Written statement upon denial of license or employment.** At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

**§ 755. Enforcement.**

1. In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules.

2. In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

# A Summary of Your Rights
# Under Washington's Fair Credit Reporting Act

Under the Washington state Fair Credit Reporting Act (WFCRA or the "Act"), an employer, before taking adverse employment action, is required to provide the applicant or employee with a summary of their rights under the Act with respect to consumer reports or investigative consumer reports obtained for employment purposes from a consumer reporting agency (CRA). This Summary is intended to serve that purpose.

You can find the complete text of the WFCRA, Wash. Rev. Code §§19.182.005?19.182.902, at the Washington State Legislature's web site (http://www.leg.wa.gov). You may have additional rights under the federal Fair Credit Reporting Act, 15 U.S.C. 1681-1681u, which is available on the Internet at the Federal Trade Commission's web site (http://www.ftc.gov).

- **You must consent to the procurement for employment purposes of a report about you.** Before an employer can obtain a report about you from a CRA, the employer must provide you with notice that it will request the report and obtain your consent to that request. A CRA may not give out information about you to your employer, or prospective employer, without your written consent.

- **You must be told if information in your file has been used against you for employment purposes.** An employer who uses information from a consumer or investigative consumer report to take action against you - such as denying an application for employment or terminating employment - must tell you that its decision is based in whole or in part on the report and give you the name, address and phone number of the CRA that provided the report. The employer also must provide you with a description of your rights under the WFCRA and a reasonable opportunity to dispute with the CRA any information on which the employer relied.

- **You can find out what is in your file.** At your request, a CRA must give you the information in your file (except that medical information may be withheld), and a list of everyone who has recently requested your file. These disclosures may be made in person, over the telephone or by any other reasonable method available to the CRA. At your request, any medical information contained in your file will be disclosed to the healthcare provider of your choice.

- **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must reinvestigate the disputed items, free of charge, within 30 business days, unless the CRA determines that the dispute is frivolous or irrelevant. The CRA must give you a written report of the investigation. If the CRA?s investigation does not resolve the dispute, you may add a brief statement to your file. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.

- **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files within 30 business days after you dispute it. If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the business name and address.

- **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data violates the WFCRA, you may sue them in state court.

Print Form

# FAIR CHANCE INITIATIVE FOR HIRING ORDINANCE (FCIHO)
# INDIVIDUAL ASSESSMENT and REASSESSMENT FORM

| INFORMATION | |
|---|---|
| Employer Name: | Applicant Name: |
| Position Applied For: | Date of Conditional Offer: |
| Date of Criminal History Report: | Individual Assessment Performed by: |
| Date of Assessment: | Date of Reassessment (if applicable): |

**The following factors were considered, as required by Section 189.03 of the Los Angeles Municipal Code or Section 10.48.3 of the Los Angeles Administrative Code, before making our determination:**

1. The specific duties and responsibilities of the job, which are:
   a) ______
   b) ______
   c) ______
   d) ______

2. Description of the criminal conduct and why the conduct is of concern.

3. How long ago did the criminal activity occur:

4. Age at the time of last criminal activity:

5. Activities since criminal activity such as work experience, job training etc.:
   a) ______
   b) ______
   c) ______
   d) ______

**Based on the factors above, we are considering rescinding our offer of employment because:**

Describe how there is a link between the specific aspects of the Applicant's Criminal History with risks inherent in the duties of the Employment position.

**To be completed for a Reassessment:**

1. Was there an error made in the Criminal History Report?

2 Evidence of rehabilitation and good conduct, which is:
   a) ______
   b) ______
   c) ______
   d) ______

Evidence includes documents that the Applicant attended school, religious institution, job training, or counseling; or is involved with the community. They can include letters from people who know them, like teachers, counselors, supervisors, clergy, and parole or probation officers.

Based on the evidence provided, we are rescinding/not rescinding (circle one) our offer of employment because:

Note: Employers shall retain all records and documents related to Applicants' Employment applications and the written assessment and reassessment performed for a period of three years following the receipt of an Applicant's Employment application.

**Article 23-A** Evaluation Form

NYC Commission on Human Rights

BILL DE BLASIO
Mayor

CARMELYN P. MALALIS
Commissioner/Chair

100 Gold Street, Suite 4600
New York, NY 10038

nyc.gov/humanrights
@NYCCHR

______________________
*Applicant Name*

# FAIR CHANCE ACT NOTICE

After extending a conditional offer of employment, we checked your criminal record. Based on the enclosed check, we have reservations about hiring you for the position of ______________________, and may decide to retract our job offer. Below explains why. We invite you to provide us with any information that could help us decide to offer you the job. If you choose to provide us with additional information you have ________ days (must be at least three business days) from the date you receive this to do so.

If you wish to respond, please contact ______________________.

In your response, you may:

- Tell us about any errors on your criminal record;
- Give us any additional information you'd like us to consider after reviewing this notice.

**The following factors were considered, as required by Article 23-A of the New York State Correction Law, before making our determination:**

A. The government encourages employers to hire people with criminal records.

B. ○ The specific duties and responsibilities of the job, which are:

1. ______________________
2. ______________________
3. ______________________
4. ______________________

C. ○ We believe your record impacts your fitness or ability to perform these duties and responsibilities because:

D. ○ How long ago your criminal activity, not your conviction, occurred: _____ *years* _____ *months*

E. ○ Your age when your criminal activity, not your conviction, occurred: _____ *years old*

F. ○ The seriousness of the conduct that led to your criminal record, which is:

G. ○ Your evidence of rehabilitation and good conduct, which is listed below.

1. ______________________
2. ______________________
3. ______________________

*If you have additional documents we should consider, please send them, including evidence that you attended school, job training, or counseling; or are involved with your community. They can include letters from people who know you, like teachers, counselors, supervisors, clergy, and parole or probation officers.*

H. ○ Our legitimate interest in protecting property, and the safety and welfare of specific individuals or the general public, which is:

I. ○ Your certificate(s) of relief or certificate of good conduct shows that you are rehabilitated. If you did not have a certificate, we did not hold that against you.

**Based on these factors, we may deny you the job because** ***(choose one or both below):***

We believe there is a direct relationship between your criminal record and the job we offered to you, and the factors listed above do not lessen that relationship because:

Your criminal record creates an unreasonable risk to specific persons, the general public, or our property because:

For more information about the law, visit:

**nyc.gov/FairChanceNYC**

# City & County of San Francisco Fair Chance Ordinance

Post Where Employees Can Read Easily. Failure to post this notice may result in penalties.

## OFFICIAL NOTICE

**Under the San Francisco Fair Chance Ordinance, employers must follow strict rules regarding criminal records.**
Employers with 5 or more employees worldwide and all City contractors must comply.

- Employers MAY NOT ask about arrests or convictions on a job application.
- Employers MAY NOT conduct a background check or ask about criminal records until AFTER making a conditional offer of employment.
- Employers may only consider convictions that are directly related to the job, and may never consider 7 types of arrests or convictions, including convictions that are more than 7 years old (see www.sfgov.org/olse/fco).
- Before an employer rejects an applicant based on a background check, the employer must: notify the applicant and provide a copy of the background check; give the applicant 7 days to respond; reconsider based on evidence the applicant provides.

**For more information, visit www.sfgov.org/olse/fco or call the San Francisco Fair Chance hotline at (415) 554-5192.**

## AVISO OFICIAL - Ordenanza de Oportunidades Equitativas de San Francisco

Correo donde los empleados pueden leer fácilmente. La falta de publicación de este aviso puede resultar en sanciones.

**De conformidad a la Ordenanza de Oportunidades Equitativas de San Francisco, los empleadores deben seguir reglas estrictas con respecto a los antecedentes penales.**
Los empleadores con 5 o más empleados en todo el mundo y todos los contratistas de la Ciudad deben cumplir con las reglas.

- Los empleadores NO DEBEN preguntar sobre arrestos o condenas en una solicitud de empleo.
- Los empleadores NO DEBEN realizar una revisión de antecedentes ni preguntar acerca de antecedentes penales hasta DESPUÉS de hacer una oferta condicional de empleo.
- Los empleadores sólo pueden considerar las condenas que estén directamente relacionadas con el trabajo, y nunca deben considerar 7 tipos de arrestos o condenas, incluyendo las condenas que tienen más de 7 años de antigüedad (véase www.sfgov.org/olse/fco).
- Antes de rechazar a un candidato en base a una verificación de antecedentes, el empleador debe: notificar al candidato y proporcionarle una copia de la verificación de antecedentes; darle al candidato 7 días para responder; reconsiderar en base a la evidencia que el candidato presente.

**Para obtener más información visite www.sfgov.org/olse/fco o llame a la línea directa de Oportunidades Equitativas de San Francisco al (415) 554-5192.**

# City & County of San Francisco Fair Chance Ordinance

Post Where Employees Can Read Easily. Failure to post this notice may result in penalties.

## 正式通告 - 舊金山公平機會條例

請張貼在僱員容易看到的地方。未張貼此通知可能會導致懲罰。

根據舊金山公平機會條例，雇主必須遵守關於犯罪紀錄的嚴格規定。於全球各地擁有五位或以上員工的雇主以及所有市府承包商，皆必須遵守規定。

- 雇主不得於應徵申請表格里询问是否有拘捕或刑事有罪判決紀錄。
- 雇主僅可以在提供有條件錄取求職者後询问是否有犯罪紀錄或进行背景調查。
- 雇主僅能考量與個人從事該工作直接相關的刑事有罪判決，而且不得考慮七種類型的拘捕或刑事有罪判決包括七年以前的刑事有罪判決（請見www.sfgov.org/olse/fco）。
- 雇主根據背景調查拒絕求職者之前必須：通知求職者並提供背景調查结果的副本；給予求職者七天的時間做出回應；依據求職者提供的證據重新考量。

欲查詢更多資訊，請瀏覽 **www.sfgov.org/olse/fco** 或致電舊金山公平機會條例專線 **(415) 554-5192.**

## OPISYAL NA ABISO - Ang Ordinansa ng Makatarungang Pagkakataon ng San Francisco

Post Saan empleyado Puwede Basahin Madaling. Ang pagkabigong mag-post ng paunawang ito ay maaaring magresulta sa mga multa.

**Sa ilalim ng Batas para sa Patas na Pagkakataon (Fair Chance Ordinance), kailangang sundin ng mga taga-empleyo ang mahihigpit na patakaran ukol sa mga kriminal na rekord.** Kailangang sumunod ang mga employer may 5 o higit pang empleyado sa buong mundo at kailangan ding sumunod ng lahat ng kontratista ng Lungsod.

- HINDI PUWEDENG magtanong ang mga employer tungkol sa mga pagka-aresto o hatol ng korte sa aplikasyon para sa trabaho.
- HINDI PUWEDENG magsagawa ang mga employer ng background check (pag-iimbestiga sa nakaraan), o magtanong tungkol sa mga kriminal na rekord hanggang sa MATAPOS ang pagbibigay ng kondisyonal na alok ng trabaho.
- Ang mga hatol ng korte na may direktang kinalaman lamang sa trabaho ang posibleng isaalang-alang ng mga employer at hindi kailanman dapat isaalang-alang ang 7 uri ng pag-aresto o hatol ng korte, kasama na ang mga hatol na 7 taong gulang na (tingnan ang www.sfgov.org/olse/fco).
- Bago tanggihan ng employer ang aplikante batay sa background check, kailangan muna nilang gawin ang mga sumusunod: abisuhan ang aplikante at magbigay ng kopya ng background check; bigyan ang aplikante ng 7 araw para sumagot; muling pag-isipan ito batay sa ebidensiyang ipagkakaloob ng aplikante.

**Para sa iba pang impormasyon, bisitahin ang www.sfgov.org/olse/fco o tawagan ang San Francisco Fair Chance sa teleponong (415) 554-5192.**

# CALIFORNIA DISCLOSURE REGARDING BACKGROUND CHECKS DOCUMENT

In connection with your employment or owner-operator (independent contractor) application, TMC Transportation ("Company") may order a consumer report or investigative consumer report on you. If you are hired or engaged as an owner-operator (independent contractor), additional consumer reports may be obtained for employment purposes or for the business purpose of evaluating your owner-operator relationship pursuant to your written instructions. Such reports may contain information about your character, general reputation, personal characteristics, and mode of living. The specific nature and scope of the investigation that will be conducted includes: drug and alcohol test results, motor vehicle records, driving records, social security number validation, federal criminal history, state criminal history, public court records, employment history (including names and dates of previous employers, reason for termination of employment, work experience, and accidents), education, licensure, or verification of other information supplied by you. Such reports may be obtained from private and public record sources, including sanctions databases, CDLIS, former employers, public court records, and federal, state, and other government agencies that maintain such records. The companies that may prepare the report on you are:

Tenstreet
120 W. 3rd Street
Tulsa, OK 74103
Phone: (877) 219-9283
Email: support@tenstreet.com
Web: http://www.tenstreet.com/drivers/

The Work Number
Equifax Workforce Solutions
Attn: Dispute
3470 Rider Trail South
Earth City, MO 63045
Phone: 1-866-222-5880

Driver Facts
5051 E Orangethorpe Ave, #E265
Anaheim, CA 92807
(888) 844-4730
www.driverfacts.com/privacy-policy

DriverIQ
4500 S 129th E Ave, Suite 127
Tulsa, OK 74134
Phone: (855) 881-0716
Email: Disputes@Cisive.com
Web: https://www.cisive.com/dispute-a-background-report

For Pre-Employment Screening Program (PSP) and Clearinghouse:
U.S. Federal Motor Carrier Safety Administration, of the Department of Transportation, ("FMCSA-DOT")
1200 New Jersey Avenue SE
Washington, DC 20590
Phone: (800) 832-5660, TTY (800) 877-8339
https://dataqs.fmcsa.dot.gov/Default.aspx

HireRight, LLC
Attn: Consumers Dept.
14002 E 21st Street
Suite 1200
Tulsa, OK 74134
Phone: 866-521-6995
Fax: 918-664-5520
Email: customerservice@hireright.com
Web: http://www.hireright.com/applicants

ISB Global Services
3101 Cobb Parkway, suite 124

Atlanta, GA
www.ibbglobalservices.com
(844)389-8889

Asurint
Compliance Dept
PO Box 14730
Cleveland, Ohio 44114
Phone: (800) 906-2034
Email: compliance@asurint.com
Web: https://www.asurint.com/candidates

## SUMMARY OF RIGHTS UNDER CIVIL CODE SECTION 1786.22

a. An investigative consumer reporting agency shall supply files and information required under Section 1786.10 during normal business hours and on reasonable notice.

b. Files maintained on a consumer shall be made available for the consumer's visual inspection, as follows:
   1. In person, if he or she appears in person and furnishes proper identification. A copy of his or her file shall also be available to the consumer for a fee not to exceed the actual costs of duplication services provided.

   2. By certified mail, if he or she makes a written request, with proper identification, for copies to be sent to a specified addressee. Investigative consumer reporting agencies complying with requests for certified mailings under this section shall not be liable for disclosures to third parties caused by mishandling of mail after such mailings leave the investigative consumer reporting agencies.

   3. A summary of all information contained in files on a consumer and required to be provided by Section 1786.10 shall be provided by telephone, if the consumer has made a written request, with proper identification for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid by or charged directly to the consumer.

c. The term "proper identification" as used in subdivision (b) shall mean that information generally deemed sufficient to identify a person. Such information includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if the consumer is unable to reasonably identify himself or herself with the information described above, may an investigative consumer reporting agency require additional information concerning the consumer's employment and personal or family history in order to verify his or her identity.

d. The investigative consumer reporting agency shall provide trained personnel to explain to the consumer any information furnished him or her pursuant to Section 1786.10.

e. The investigative consumer reporting agency shall provide a written explanation of any coded information contained in files maintained on a consumer. This written explanation shall be distributed whenever a file is provided to a consumer for visual inspection as required under Section 1786.22.

f. The consumer shall be permitted to be accompanied by one other person of his or her choosing, who shall furnish reasonable identification. An investigative consumer reporting agency may require the consumer to furnish a written statement granting permission to the consumer reporting agency to discuss the consumer's file in such person's presence.

E-FILED IN OFFICE - TB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-09539-S7
8/26/2026 6:30 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior or** ☒ **State Court of** Gwinnett State Court **County**

**For Clerk Use Only**

**Date Filed** ____________ MM-DD-YYYY **Case Number** 26-C-09539-S7

| Plaintiff(s) | Defendant(s) |
|---|---|
| Octavious Jordan | Equifax Workforce Solutions d/b/a The Work Number |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |

**Plaintiff's Attorney** Candace Lanette Sneed **State Bar Number** ____________ **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

____________ Case Number ____________ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

____________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.